UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK

_Nyjee Boyd Din. 15B2063_

(In the space above enter the full name(s) of the plaintiff(s).)

v.

Defendant No. 1 _Correction officer Charles Guthrie_

Defendant No. 2 _Correction officer Asantewa K. Tulloch_

Defendant No. 3 _Correction Sergeant Jose Candelario_

Defendant No. 4 _Correction officer Alexander_

Defendant No. 5 _Nurse Elizabeth Pennisi_
_SEE Attached I_

(In the space above enter the full name(s) of the defendant(s).  If
you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and attach
an additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  No addresses should be included here.)

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ✓ No ___
(check one)

I.     **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff   Name _Nyjee Boyd_
ID # _15B2063_
Current Institution _Coxsackie Correctional Facility_
Address _P.O. Box 999, Coxsackie, NY 12051-0999_

B.     List all defendants' names, positions, places of employment, and the address where each defendant
may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
above caption.  Attach additional sheets of paper as necessary.

RECEIVED
SDNY PRO SE OFFICE
2022 OCT -5 PM 4:18

Attached I

Defendant No. 6 SORC Regisford

Defendant No. 7 Micheal Capra (Supt. Sing Sing Corr Fac)

Defendant No. 8 Elaine Velez (Deputy Supt. of programs)

Defendant No. 9 C.O. Marsico

Defendant No. 10 C.O. London

Defendant No. 11 Sgt. Martinez

Defendant No. 12 C.O. Gonzalez

Defendant No. 13 Sgt. Gonzalez

Defendant No. 14 C.O. Lowe

Defendant No. 15 C.O. Vasquez

/

Defendant No. 1    Name Charles Guthrie _____ Shield # ____
Where Currently Employed Sing Sing Correctional Facility
Address 354 Hunter St, Ossining, NY 10562

Defendant No. 2    Name Asantewa K. Tulloch _____ Shield # ____
Where Currently Employed Sing Sing Correctional Facility
Address 354 Hunter St, Ossining, NY 10562

Defendant No. 3    Name Jose Candelario _____ Shield # ____
Where Currently Employed Sing Sing Correctional Facility
Address 354 Hunter St, Ossining, NY 10562

Defendant No. 4    Name Alexander _____ Shield # ____
Where Currently Employed Sing Sing Correctional Facility
Address 354 Hunter St, Ossining, NY 10562

Defendant No. 5    Name Elizabeth Pennisi _____ Shield # ____
Where Currently Employed Sing Sing Correctional Facility
Address 354 Hunter St, Ossining, NY 10562

SEE Attached I$

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? Sing Sing
Correctional Facility

B.    Where in the institution did the events giving rise to your claim(s) occur? HBB
Messhall Bridgeport

C.    What date and approximate time did the events giving rise to your claim(s) occur? 5:30
pm

Attached II

Defendant No. 6 Name Marcia N. Regisford          shield#
where Currently Employed Sing sing Correctional Facility
Address 354 Hunter St, Ossining, NY 10562

Defendant No. 7 Name Micheal Capra          shield#
where Currently Employed Sing sing Correctional Facility
Address 354 Hunter St, Ossining, NY 10562

Defendant No. 8 Name Elaine Velez          shield#
where Currently Employed Sing sing Correctional Facility
Address 354 Hunter St, Ossining, NY 10562

Defendant No. 9 Name Vito G. Marsico          shield#
where Currently Employed Sing sing Correctional Facility
Address 354 Hunter St, Ossining, NY 10562

Defendant No. 10 Name Rondy D. London          shield#
where Currently Employed Sing sing Correctional Facility
Address 354 Hunter St, Ossining, NY 10562

Defendant No. 11 Name Leon K. Lowe          shield#
where Currently Employed Sing sing Correctional Facility
Address 354 Hunter St, Ossining, NY 10562

Attached #

Defendant No. 12 Name: Felix Santiago Vasquez     Shield#
Where Currently Employed Sing Sing Correctional Facility
Address. 354 Hunter St, Ossining, NY 10562

Defendant No. 13 Name                                    Shield#
Where Currently Employed
Address

Defendant No. 14 Name                                    Shield#
Where Currently Employed
Address

Defendant No. 15 Name                                    Shield#
Where Currently Employed
Address

Claim #1   Defendants; C.O. Guthrie, C.O. Alexander, Sgt. Candelario,
                                    C.O. Tulloch

**D.    Facts:** On the date of March, 29, 2022 at approx 5:30pm
of HBB Messhall Bridgeport, I was leaving the messhall
upon leaving, while walking through the "mb", ~~detain~~
~~was~~ C.O. Tulloch directed C.O. Guthrie to place me on the wall
for a Pat-Frisk, Sgt. Candelario and C.O. Alexander were
also present within a couple feet. C.O. Guthrie then directed
me to submit to a Pat-Frisk, I complied with all orders
by placing my hands on the wall. C.O. Guthrie began to
yell stating "You thought that Grievance shit was going to
work" he then abruptly struck me with a closed fist to
the side of my face, Sgt. Candelario, C.O. Tulloch, and C.O.
Alexander responded by also striking me with closed fist
punchs to the head and upperbody of me, I collapsed
to the floor not resisting, and placed my hands behind
my back, I was continuously kicked ~~the~~ by the defendants
and struck repeatedly. Sgt. Candelario then placed cuffs
on me C.O. Tulloch began to kick me in my face, ~~and~~
breaking my ~~front~~ tooth and deaf in my left ear. The
other defendants continued to kick me and strike me with
closed fist while cuffed face down on the floor.
While being assaulted C.O. Tulloch yelled "Talk that shit now"

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical
treatment, if any, you required and received. I sustained a broken front tooth,
severe pain in my lowerback, neck, and face. I also am unable
to hear out of my left ear. I also exprience flashbacks,
loss of sleep, loss of appite, and anxiety.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be
brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a
prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are
available are exhausted." Administrative remedies are also known as grievance procedures.

**A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?**
Yes  ✓   No ____

3

Bitch Nigga", "write a Grievance Now"! After the assault Sgt. Candelario escorted me to medical, while being escorted Sgt. Candelario stated "It's nothing personal you disrespected my staff." Upon arriving to medical Sgt. Candelario directed Nurse Elizabeth Pennisi the evaluating Nurse don't report the swelling to my eye and face, and the only injury to be reported is the swollen lip, which I complained pain in my left ear and severe pain in my lowerback, Neck and left shoulder. Those complaints were ignored and was directed back to my cell without any further medical treatment. On the date of 3-20-22 at approx: 7:00Pm C.O. Tulloch was assigned to the phone post in B-Block yard, while entering the yard, I placed my I.D. in the phone box, which my I.D. inadvertenly knocked the pile of phone I.D.'s, C.O. Tulloch grabbed my I.D. and threw it at me and stated "Nigga you not getting on the phone, Anytime, I work this Post". The Sgt. was called to the yard, which Sgt. Candelario directed back to my Cell advising me my Rec was terminated.

Constitutional violations: 8th Amendment Cruel Unusual Punisment, denial of medical treatment, 1st Amendment retaliation.

The relief I am seeking for this claim:
$100,000 Compensatory damages and $150,000
Punitive damages against C.O. Tulloch.

$100,000 Compensatory damages and $150,000
Punitive damages against C.O. Guthrie

$100,000 Compensatory damages and $150,000
Punitive damages against C.O. Alexander

$100,000 Compensatory damages and $150,000
Punitive damages against Sergeant Candelario

$50,000 Compensatory damages and $75,000 punitive
damages against Nurse Pennisi

Total Compensatory = $450,000
Total Punitive = $675,000

<u>Second Claim</u>

<u>Defendants: SORC Regisford</u>

Description of Incident: On the date of 3/30/22 the plaintiff was served with a Tier III disciplinary misbehavior report charging him with 104.13 - Creating a disturbance, 106.10 - Direct Order, 104.11 - Violent conduct, 115.10 Search/Frisk, and 118.22 - unhygienic Act. On the date of 4-4-22 a hearing was conducted by SORC Regisford at the hearing I gave testimony indicating that I was assaulted by the Author of the "mbr", C.O. Tulloch, C.O. Alexander, and Sgt. Candelario. I testified that when C.O. Guthrie placed me on the wall for a pat-frisk staff began to assault me, in retaliation for a incident that occurred on 3-20-22 with C.O. Tulloch. At the hearing I requested C.O. Tulloch, C.O. Alexander, C.O. Guthrie, Sgt. Candelario as a witness. Sorc Regisford Improperly denied the witnesses with no rational basis in violation of 7 NYCRR chapter V § 254.5, which the plaintiff objected and also objected to SORC Regisford presiding over such hearing due to her not being a impartial hearing officer in violation of 7 NYCRR chapter V.

I also requested to introduce documentary evidence such as grievance that, I filed against C.O. Tulloch on 3-20-22, which was ~~filed~~ never filed by the grievance office in a attempt to cover-up C.O. Tulloch misconduct. The hearing was adjourned until 4-12-22. SORC Regisford denied all staff witnesses afther, I requested them again and didn't issue me a witnesses refusal form, I again ask SORC Regisford to recuse herself, which she continued to cut me off while making my objections. SORC Regisford then found me Guilty of all charges and imposed the following sanctions 180 days loss of Rec, loss of Packages, loss of Commissary, 60 days loss of phone and 30 days loss of visits. As a result of these sanctions I was deprieved all outside activitys from march 29, 2022 to may 18, 2022 and wasn't afforded 1 hour of outside physical activity's, I was denied package privileges from march 29, 2022 to may 18, 2022, I was denied commissary privileges from march 29, 2022 to may 18, 2022, and was denied phone privileges from march 29 to may 18, 2022 and denied visits from march 29, 2022 to April 29, 2022, As a result I appealed Sorc Regisford disposition on the grounds she was not impartial hearing officer, she impruperly denied relevant witnesses,

She Failed to allow me to introduce documentary evidence. On may 18, 2022 The Director of special housing unit reversed the disciplinary determination. As a result the plaintiff Suffered depression, loss of weight, loss of sleep, due to me not having no contact with family and being deprieved of exercise. SORC Regisford Violated my due process rights to Call witnesses, to introduce documentary evidence, and to be a impartial hearing officer. See Exhibit A

Constitutional violation: 14th Amendment due process and 8th Amendment Cruel unusual punishment.

The relief I am seeking for this claim is: $25,000 Compensatory damages $50,000 Punitive damages Against SORC Regisford

Third Claim

Defendants : Michael Capra (superintendent) /
Elaine Velez Deputy supt. of programs

Description of incident: On the date of 3/31/22,
I was issued a "mbr" for 113.24 Drug use on
the date of 3-31-22 a disposition was rendered
finding me guilty which 25 days loss of Rec was
imposed from start date 3/31/22 to 4/25/22 See
Exhibit A. while confined for those sanctions,
I was not provided one hour of outside recreation,
due to the policy Michael Capra and Elaine Velez
implemented at Sing Sing Corr. Fac. On the date
of 3/30/22, I was issued a "mbr" for 104.11
Violent Conduct, 104.13 Creating a disturbance, 118.22
Unhygienic Act, 106.10 Direct order, and 115.10
refuse search or frisk, on the date of 4/12/22
I was found guilty on all charges the penalty of
loss of Rec was imposed from start date 4/12/22
to 10/9/22, while confined for such sanction
I was denied one hour of outside recreation
On the date of 4/18/22 I was issued a "mbr"
for 113.33 Drug possession, Drug Distribution,
and 114.10-smuggling. a disposition was rendered
finding me guilty which 60 days loss of Rec was
imposed from 10/22/22 to 12/21/22. see exhibit A

These sanctions existed to I left Sing Sing Corr. Fac. on 6-30-22. So in total I was denied all means of outside physical activitys for one hour for 90 days total and when I had a assigned program, I was denied my work assignment in retaliation for filing grievances. see exhibit B. I was unable to exercise in my cell due to the small space, this caused me to become depressed, loss of sleep, and loss of weight. Michael Capra (superintendent) and Elaine Velez (Dept. Supt of programs) implemented a informal policy, custom, and practice at Sing Sing Corr. Fac. that denied the Incarcerated Individuals at Sing Sing Corr. Fac. who were serving a sanction of loss of Rec, one hour of outside physical activitys deps despite a I/I being ~~tmp~~ employed or having a program this policy was enforced by Sing Sing Corr. Fac. supervisors and resulted with me being denied one hour of ~~addishanal~~ ~~reat~~ outside exercise.

Constitutional violations: 8th Amendment cruel unusual Punishment, Conditions of Confinement

The relief I am seeking for this Claim is:
$25,000 compensatory damages, $35,000
Punitive damages against Michael Capra

$25,000 Compensatory damages, $35,000
Punitive damages against Elaine Velez

Total Compensatory = $50,000
Total Punitive = $70,000

Fourth Claim

Defendants: C.O. Asantewa K. Tulloch

Description of incident: On the date of
~~April~~ march 20, 22, I wrote a grievance against
C.O. Tulloch, because on that date at approx.
6:45 Pm C.O. Tulloch was assigned to the
B-Block phone post at Sing Sing Corr. Fac.
while putting my I.D. with the other phone
I.D.'s the other I.D.'s Inadvernetly fell
over. C.O. Tulloch grabbed my I.D. and threw it
and stated "anytime, I work your not getting
on the phone" Sgt. Candelario approached
me subsequently affter and told me rec was
terminated and I was to return to my cell, I
complied with such orders. I wrote a grievance
the same day. On the date of march 29, 2022
while leaving B-Block messhall I was assaulted
by C.O. Tulloch see Claim#1.

Constitutional violation: 8th Amendment and 1st
Amendment Constitutional Right Cruel unusual
punishment and retaliation.

The relief I am seeking for this claim is:
$25,000 ag Compensatory damages $50,000 Punitive
damages.

Fifth Claim

Defendant: C.O. Charles Guthrie

Description of incident: On the date of
march 29, 2022, C.O. Charles Guthrie assaulted
me with several other staff for a grievance
I wrote against C.O. Tulloch. See claim #1.

Constitutional violation: 8th Amendment and
1st Amendment Constitutional right.

The relief I am seeking for this claim:
$100,000 compensatory damages, $150,000
Punitive damages

Sixth Claim:

Defendants: C.O. Alexander

Description of incident: On the date of march 29, 2022, I was assaulted by C.O. Alexander for filing a grievance against C.O. Tulloch. See Claim #1

Constitutional violations: 8th and 1st Amendment of the Constitution.

The relief I am seeking is:
$100,000 Compensatory damages, $150,000 Punitive damages.

<u>Seventh Claim</u>:

<u>Defendant</u>: Sergeant Jose Candelario

Description of incident: On the date of
March 29, 2022 Sergeant Candelario
participated in assault against me
with several other staff by repeatedly
kicking and punching me. Sgt. Candelario
made no attempt to prevent such assault
and actually encouraged the assault
by participating in it. See Claim # 1.

Constitutional violation: 8th Amendment
cruel unusual punishment, failure to supervise,
failure to maintain safety, failure to train,
1st Amendment retaliation, Access to courts.
of constitution of united States.

The relief I am requesting is:
$100,000 compensatory damages, $150,000 Punitive
damages.

Eighth ~~Amendment~~ Claim

Defendants: Elizabeth Pennisi (Nurse)

Description of incident: On the date of march 29, 2022, I was assaulted by staff, I was escorted to medical afther the assault and Elizabeth Pennisi was the evaluating Nurse, I complained of pain in my left shoulder, left ear, and lowerback and Neck. Those complaints were ignored and I wasn't provided any medical treatment

Constitutional violations: 8th Amendment Cruel Unusual Punishment denial of medical treatment.

The relief I am requesting is: $50,000 compensatory damages, $75,000 Punitive damages

## Ninth Claim

Defendants; C.O. Marsico, C.O. London, Sgt. Martinez, C.O. Gonzalez, Sgt. Gonzalez

Description of incident: On the date of June 7, 2022 at approx. 8:30Pm while returning from the medication run, I was walking down B-Block Q-Company to return to my Cell, when Sgt. Gonzalez directed C.O. London to pat-frisk me and directed C.O. Gonzalez to pat-frisk I/I Greene, Prior to being Pat-frisked C.O. London stated "whats this grievance about that you have against C.O. Marsico" I stated I wrote such grievance due to Marsico destroying several Items in my Cell during a cell search. C.O. London then stated "you know where you at, we are in Sing Sing if you havent noticed we do what we want" he than directed me to step further back while on the wall. C.O. London then reached and stuck his hand inside my boxers grabbing my testicles, he than stated "Don't move Boyd" I stated "that is my testicles" he than stated "If you come off the wall we will use force on you" he than continued to manipulate my testicles and stated "this what happens when

you be stupid and write officers up" During
the pat frisk Sgt. Gonzalez, C.O. Marsico,
~~C.O. Ferreira~~, and Sgt. Martinez was surround-
ing me and witnessed and observed the incident.
C.O. London then directed me back to my housing
location. I notified Office Special Investigations
the following day OSI #294425. SEE EXHIBIT

Constitutional Violations: 8th Amendment
Cruel unusual punishment, 1st Amendment
retaliation

The relief I am requesting is:
$250,000 compensatory damages and
$350,000 Punitive damages against C.O. London

$100,000 Compensatory damages and $200,000
Punitive damages against C.O. Marsico

$100,000 Compensatory damages and $200,000
Punitive damages against Sgt. Martinez

$100,000 Compensatory damages and $200,000
Punitive damages against C.O. Gonzalez

$100,000 Compensatory damages and $200,000
Punitive damages against Sgt. Gonzalez

Total Compensatory damages = $650,000
Total Punitive damages = $1,150,000

# Tenth Claim

Defendants: C.O. Marsico, C.O. London, C.O. Gonzalez, ~~Sgt. Gonzalez~~ Sgt. Gonzalez, C.O. Lowe

Description of incident: On the date of 6-13-22 at approx. 8:30 Am C.O. Marsico and C.O. Gonzalez entered my cell also present outside my cell was C.O. London, C.O. Lowe, upon entering my cell C.O. Marsico directed me to strip I complied and both Marsico and C.O. Gonzalez, began to chant "Take it off"! while being strip frisked C.O. Marsico directed me to bend over at the waist, I complied which C.O. Marsico kept telling me to bend further and further over despite having a visual of my rectum area he than stated "look at the ass on that" He than stated "Since you to be a dick play with your Dick" I than stated I would like to speak to a area supervisor and C.O. Marsico directed me to get dress and destroyed several Items during the cell search. I requested to speak to the area supervisor after the search I spoke to Sgt. Gonzalez and told him what occurred he stated "I Authorized the search and far as I'm concerned I didn't see anything stop writing complaints make it easier on yourself" See EXHIBIT C

Constitutional violations: 8th Amendment Cruel unusual punishment, 1st Amendment retaliation.

The relief I am requesting is: $100,000 Compensatory ~~Punitive~~ damages and $200,000 Punitive damages against C.O. London

$250,000 Compensatory damages and $350,000 Punitive damages against C.O. Marsico

$100,000 Compensatory damages and $200,000 Punitive damages against C.O. Gonzalez

$100,000 Compensatory damages and $200,000 Punitive damages against Sgt. Gonzalez

$100,000 Compensatory damages and $200,000 Punitive damages against C.O. Lowe

Total Compensatory = $650,000
Total Punitive = $1,150,000

# Eleventh Claim

## Defendants: C.O. Lowe, C.O. Vasquez

Description of incident: On the date of 4-6-22 at approx. 9:30am C.O. Lowe and C.O. Vasquez conducted a cell search on my cell, while conducting such search I asked C.O. Lowe, what kind of search was being conducted he stated "do you want me to spray you" as he removed his pepper spray and came closer towards me he further stated "cause if you want me to spray you I will." He also stated "stop writing grievances and we won't cross this path" C.O. Lowe and Vaquez then proceeded to destroy my personal property and took items that wasn't placed on the contraband receipt.

Constitutional Violation: #1st Amendment retaliation

The relief I am requesting:
$10,000 compensatory damages and $15,000 punitive damages against C.O. Lowe

$10,000 compensatory damages and $15,000 punitive damages against C.O. Vasquez

Total compensatory = $20,000
Total punitive = $30,000

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *Sing Sing Correctional Facility*

B.      Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

         Yes _✓_      No ____      Do Not Know ____

C.      Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

         Yes _✓_      No ____      Do Not Know ____

If YES, which claim(s)? *8th Amendment and 1st Amendment of Constitution of United States.*

D.      Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?

         Yes ____      No _✓_      Do Not Know ____

If YES, which claim(s)? _____

E.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?
         Yes _✓_      No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

         Yes ____      No ____

F.      If you did file a grievance, about the events described in this complaint, where did you file the grievance? *Sing Sing Corr. Fac. Grievance Clerk*

         1.      Which claim(s) in this complaint did you grieve? *all claims*

         2.      What was the result, if any? *The Grievance Supervisor failed to respond in accordance with Grievance directive.*

         3.      What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. *I wrote to the Grievance Supervisor requesting to appeal to the Superintendent and CORC, grievance supervisor failed to respond.*

G.      If you did not file a grievance, did you inform any officials of your claim(s)?

4

Yes __X__ No _____

1.    If YES, whom did you inform and when did you inform them?

_SEE EXHIBIT C_

2.    If NO, why not?

I.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _See Attached Exhibits_

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the court to do for you.  _Award the plaintiff_
_punitive damages in the amount of $3,700,000_
_and Compensatory damages in the amount of_
_$2,220,000. Total amount = $5,920,000_

## VI.    Previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No _X_

B.    If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page.  (If

5

there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.  Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

   2.  Court (if federal court, name the district; if state court, name the county) _____

_____

   3.  Docket or Index number _____

   4.  Name of Judge assigned to your case _____

   5.  Approximate date of filing lawsuit _____

   6.  Is the case still pending?  Yes ____  No ____

If NO, give the approximate date of disposition _____

   7.  What was the result of the case? (for example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

_____

**On other claims**

D.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes _X_   No ____

E.  If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.  Parties to this previous lawsuit:

Plaintiff _Nyfee L. Boyd_____

Defendants _Dana J. Copeland_____

   2.  Court (if federal court, name the district; if state court, name the county) _____
_Western District of New York_____

   3.  Docket or Index number _18-CV-6302_____

   4.  Name of Judge assigned to your case _____

   5.  Approximate date of filing lawsuit: _, 2018_____

   6.  Is the case still pending?  Yes _X_  No ____

If NO, give the approximate date of disposition _____

   7.  What was the result of the case? (for example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

_____

Signed this _18_ day of _September_, 20~~22~~. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff

Inmate Number _13B2063_

Mailing address _Coxsachie Corr. Fac._
_PO Box 999_
_Coxsackie, NY 12051-0999_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _18_ day of _September_, 20~~22~~ I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff

rev. 09/04

7

United States District Court
District of New York

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date:_____

RE: _Nyfee L. Boyd_____ - v - _C.O. Tulloch_____
     *(Enter the full name of the plaintiff(s).)*        *(Enter the full name of the defendant(s).)*

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

The Prison Litigation Reform Act ("PLRA" or "Act") amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

**************************************************************************
**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, _Nyfee L. Boyd_____ *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

_9-18_____, 20_22_
   *Date Signed*

_____
        *Signature of Plaintiff*

N.Y.S.I.D. # _15B2063_

Local Jail/Facility I.D. # _____

Federal Bureau of Prisons I.D. # _____

*Rev. 05/2007*

EXHIBIT A

FORM 2171 B (11/21)
Side 2

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

_____ Sing Sing _____ **Correctional Facility**

**INCARCERATED INDIVIDUAL MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL INDIVIDUO ENCARCELADO**

| 1. NAME OF INCARCERATED INDIVIDUAL (Last, First) ♦ NOMBRE DEL INDIVIDUO ENCARCELADO (Apellido, Nombre) | DIN | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| M Boyd | # 15B3003 | P 53 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| HBB Mess Hall Bridge | 3/29/22 | 5:29 pm |

3. RULE VIOLATION(S) ♦ VIOLACIÓN (ES)

104.13 Create Disturbance          115.10 Search/Frisk

106.10 Direct Order          115.22 Unhygienic Act

104.11 Violent Conduct

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

On the above date and approximate time 5:29 pm while
stationed at HBB bridge during chow I observed Incite
I/I Boyd's left pocket. I questioned I/I Boyd about
items in his pocket. He replied don't worry about
my pocket. I ordered Boyd to put his hand
on the partition. I/I Boyd abruptly came
around and turned facing me. At this time I used
necessary to prevent assault and gain comp-
liance I used force with the form of a body hold
took Boyd to the ground while on his ground Boyd
did not comply. All force then ceased Area supervisor notified
I/I Boyd was under escort. He then continued
to disobey my direction. For safety no one was hurt

| REPORT DATE ♦ FECHA | REPORTED BY ♦ REPORTADO POR | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 3/29/22 | M C Coulter | [signature] | CO |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)          SIGNATURES:

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)          FIRMAS: 1. _____

2. _____          3. Served by P Thompson

**NOTE: Fold back Page 2 on dotted line before completing below.**

DATE AND TIME SERVED UPON INCARCERATED INDIVIDUAL_____ NAME AND TITLE OF SERVER_____

FECHA Y HORA DADO AL INDIVIDUO ENCARCELADO_____ NOMBRE Y TÍTULO DEL QUE ENTREGA_____

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

## NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerará y determinará en una audiencia a celebrarse.

The incarcerated individual shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitirá al individuo encarcelado llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución ni las metas del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or their designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si está restringido pendiente a una audiencia por este informe de mal comportamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.

Distribution: WHITE - Disciplinary Office CANARY - Incarcerated Individual (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria AMARILLA – Individuo Encarcelado (después de la revisión)

FORM 2178A (9/11)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# APPEAL FORM TO COMMISSIONER
## SUPERINTENDENT'S HEARING*

Print or Write Carefully

| DIN | LAST NAME | FIRST NAME |
|---|---|---|
| 15B2060 | Boyd | Myree |

| CURRENT FACILITY | HEARING FACILITY | HEARING DATE |
|---|---|---|
| Sing Sing | Sing Sing | 7-12-22 |

THE SPECIFIC GROUNDS FOR MY APPEAL ARE AS FOLLOWS:

At the hearing, I presented testimony alleging the misbehavior report was fabricated and I was assaulted by C.O Anderson A. Tulloch, C.O Guthrie, C.O Alexander, and Sgt. Jose Candelario. I advised the hearing officer I never refused any direct orders by Guthrie and even though I complied with the Pat Frisk, the following mentioned staff assaulted me and fabricated the misbehavior. I requested C.O Tulloch, C.O Guthrie, C.O Alexander and Sgt. Jose Candelario, as a witness who was all present for the incident, which I requested them as a witness and was improperly denied and wasn't given a witness refusal form specifying the reasons for such denial, which their testimony would've been relevant to the hearing because I could've question them in regards to the incident. I also pointed out if Body holds as alleged in the report was used how did I sustain injurys to my face as documented in the U.I report which the officers testimony would've been relevant. I requested I/I Cesar Figueroa Figueroa #15 n-4660 and Booth M #10-A Sgt. as a witness which they were present for the incident the hearing was adjourned to call such witness, during adjournment the hearing officer began to discuss with Lt. D. Bynum

1 of 2

_____  INMATE'S SIGNATURE        7-12-22
                                              DATE

within the about the witness, I failed to testify which
stated "Can't I just find him guilty and deny his witness
she also advised him of the U.I. report, I presented and
he directed her to confiscate the documents from me.
she also stated "well im still finding him guilty" upon my
witness arriving and re-commencement of the hearing
I attempted to object to the off-record conversation
and that the hearing officer was Bia's which the hearing
officer interrupting me advising me, I couldn't make
those objections because it wasn't relevant to the hearing
and repeatedly interrupted me from making such objec-
tions, my witness testified which they corroborated
my testimony that. I was assaulted by these officers
After there testimony, I objected to the confiscation of
the U.I. report and the denial of the officers, I
requested as witnesses. I also objected to not having
a impartial hearing officer and objected to the
disposition imposing loss of visits for 30 days, because
it wasn't visit related. and Loss of Phone 60 days
because it wasn't Phone related. I also objected to
the denial of the use of force Photographs of me,
which would've further showed my injuries, which
don't corroborate the force that was used. the hearing
officer found me guilty on all charges and imposed 180 days
Loss of Rec, Loss of Packages, Loss of Commissary, 60 days
Loss of Phone, 30 days Loss of Visits. The hearing officer
Also refused to consider my mental status. the denial of
my witness violated my 14th Amendment right to due Process.
and the penalty imposed was harsh and excessive. and
the evidence relied upon don't support the charges. I request
THE HEARING BE REVERSED, MODIFIED, and EXPUNGED from my record

2 of 2

cc: Director of special
housing /File /etc.

```
03/30/2022          NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION      PAGE    1
DCP004                 SUPERINTENDENT  HEARING DISPOSITION RENDERED
                                                              # 0692
               SING SING GN                        TAPE NUMBER _____

DIN: 15B2063 NAME: BOYD, NYJEE                     LOCATION: 0B-TN-53S

INCIDENT DATE & TIME:     03/29/2022    05:24 PM    TIER 3

REVIEW DATE:              03/30/2022         BY: LT  COUGHLIN, S A
```

---

```
DELIVERY DATE & TIME:      03/30/22   09:10 AM  BY:  CO   THOMPSON, D D

HEARING START DATE & TIME:  4/4/22  9:05 Am  BY: SoRC  Registord

HEARING END DATE & TIME:    4/12/22  2:43 pm  BY: SoRC  Registored
WAS THERE NEED FOR A FORMAL MENTAL HEALTH/INTELLECTUAL CAPACITY ASSESSMENT? (Y)/ N
DOES THIS MISCONDUCT MEET THE CRITERIA FOR WORKPLACE VIOLENCE? (Y)/ N
CHARGE
NUMBER     DESCRIPTION OF CHARGES            REPORTED BY          DISPOSITION

104.11    VIOLENT CONDUCT              CO    GUTHRIE, C E              G
------    ----------------------       ----  ---------------------
104.13    CREATING A DISTURBANCE                                      G
------    ----------------------
118.22    UNHYGIENIC ACT                                              G
------    ----------------------
106.10    REFUSING DIRECT ORDER                                       G
------    ----------------------
115.10    REFUSE SEARCH OR FRISK                                      G
------    ----------------------
```

```
ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE
AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE INMATE.
SANCTION DATES BELOW ARE SUBJECT TO REVIEW/CHANGE, AND WILL BE CONSECUTIVELY ADDED TO
ANY SIMILAR CURRENT SANCTION. IN ADDITION, WHENEVER A CONFINEMENT PENALTY IS BEING
SERVED AND A MORE RESTRICTIVE CONFINEMENT PENALTY IS IMPOSED AS A RESULT OF ANOTHER
HEARING, THE MORE RESTRICTIVE PENALTY SHALL BEGIN TO BE SERVED IMMEDIATELY, AND ANY
TIME OWED ON THE LESS RESTRICTIVE PENALTY SHALL BE SERVED AFTER COMPLETION OF THE
MORE RESTRICTIVE PENALTY PERIOD.
```

| PENALTY CODE | DESCRIPTION | PENALTY MO DAYS | START DATE | RELEASE DATE | SUSPEND MO DAYS | DEFERRED MO DAYS | RESTITUTION $$$$  ¢¢ |
|---|---|---|---|---|---|---|---|
| D000 | Loss if Rec | 180d | 4/12/22 | 10/9/22 | 0 | 0 | 0 |
| E000 | Loss of Package | 180d | 4/12/22 | 10/9/22 | 0 | 0 | 0 |
| F000 | Loss of Comm. | 180d | 4/12/22 | 10/9/22 | 0 | 0 | 0 |
| G000 | Loss of Phone | 60d | 4/12/22 | 6/11/22 | 0 | 0 | 0 |
| L000 | Loss of Visitat | 30d | 4/12/22 | 5/12/22 | 0 | 0 | 0 |

```
03/30/2022          NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE    2
DCP004               SUPERINTENDENT  HEARING DISPOSITION RENDERED
```

DIN: 15B2063 NAME: BOYD, NYJEE                          HEARING DATE: 4/12/22

| VISITOR NAME | | | RELATIONSHIP | LAST VISIT | VISITS PRIOR YR |
|---|---|---|---|---|---|
| PENALTY | PENCODE | MO DAY | START DATE | RELEASE DATE | SUSPEND | DEFERRED |

ALL
NO VISITS:   L000   30 days   4 12 22   5 12 22   ⊘ 5   ⊘
NONCONTACT: ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __

BEATY, BRIANNA M          FRIEND       12/10/2021      3
NO VISITS:   ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __
NONCONTACT: ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __

BEATY, BRIANNA M          FRIEND       10/24/2021      2
NO VISITS:   ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __
NONCONTACT: ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __

PORCHEA, EVERSON I        SIBLING      08/02/2016      0
NO VISITS:   ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __
NONCONTACT: ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __

BROWN, CALDONIA           PARENT       12/11/2015      0
NO VISITS:   ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __
NONCONTACT: ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __

JACKSON, CONESHA M        COUSIN       12/11/2015      0
NO VISITS:   ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __
NONCONTACT: ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __

GRIMES, KAELEIGH L        FRIEND       08/08/2015      0
NO VISITS:   ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __
NONCONTACT: ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __

NO VISITS:   ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __
NONCONTACT: ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __

NO VISITS:   ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __
NONCONTACT: ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __

NO VISITS:   ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __
NONCONTACT: ___  __ __  __ / __ / ___  __ / __ / ___  __ __  __ __

03/30/2022          NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE    3
DCP004                    SING SING GN  CORRECTIONAL FACILITY

            SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 15B2063  NAME: BOYD, NYJEE                    HEARING DATE: 4/10/22

INCIDENT DATE: 03/29/2022          TIME: 05:24 PM      TIER: 3

A. STATEMENT OF EVIDENCE RELIED UPON:

Evidence relied upon was the misbehavior report that stated you T/I Boyd questioned by security staff of the items in your left pocket. You replied "dont worry about whats in my pocket. You T/I Boyd was then ordered to put your hands on the wall for pat frisk. You T/I Boyd abruptly came off the wall and turned to the security staff. Due to you T/I Boyd removing your hands off the wall then facing the security staff and to prevent any assault on security staff for your non-compliant behavior, force was necessary to gain compliance from you T/I Boyd.

03/30/2022              NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION              PAGE    4
DCP004                    SING SING GN  CORRECTIONAL FACILITY

              SUPERINTENDENT HEARING DISPOSITION RENDERED                     4/12/2022

DIN: 15B2063  NAME: BOYD, NYJEE                          HEARING DATE: _____

INCIDENT DATE: 03/29/2022          TIME: 05:24 PM       TIER: 3

B. SPECIAL CONSIDERATIONS:

1. WHERE INMATE IS A JUVENILE, THE SANCTION HAS BEEN MITIGATED AS FOLLOWS:

   N/A

2. IF AT ISSUE, HEARING OFFICER CONSIDERED INMATE'S MENTAL HEALTH AS FOLLOWS:

   yes, OMH testimony taken

3. IF AT ISSUE, INMATE'S INTELLECTUAL CAPACITY/SPECIAL EDUCATION STATUS
   AS FOLLOWS:

   OMH testimony taken

C. ANY OTHER INDIVIDUAL MITIGATING OR AGGRAVATING CIRCUMSTANCES WERE CONSIDERED AS
   FOLLOWS(include how they weigh in favor of a less severe or more severe sanction):

   Mitigating factors taken into consideration,
   I/M Boyd has a history of act violating
   this acts. OMH testimony was also taken into
   consideration.

03/30/2022          NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE    5
DCP004                    SING SING GN  CORRECTIONAL FACILITY

                    SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 15B2063  NAME: BOYD, NYJEE                    HEARING DATE: 4/12/22

INCIDENT DATE: 03/29/2022          TIME: 05:24 PM      TIER: 3

D. OTHER REASONS FOR DISPOSITION:

01- Preliminary report states force was used in the form of a body hold to gain compliance this forced I/I to the ground on his stomach. Boyd became compliant after force was used.

E. SUPPLEMENTAL DATA ENTRY

1. IF INMATE FOUND GUILTY OF ASSAULT (100.10; 100.11; 100.12):  N/A
   WAS WEAPON USED?      __ (Y/N)   WHAT TYPE?   __
   DID AN INJURY OCCUR?  __ (Y/N)   SEVERITY (1-4)? __

2. IF INMATE FOUND GUILTY OF A SEX OFFENSE (101.10):   N/A
   CHOOSE ONE: _ FORCE/ATT FORCE   __ ENCOURAGE/SOLICIT   __ CONSENSUAL

3. IF INMATE FOUND GUILTY OF THREATS (102.10):   N/A
   CHOOSE ONE: _ NON-VIOLENT      __ VIOLENT

4. IF INMATE FOUND GUILTY OF VIOLENT CONDUCT (104.11):
   CHOOSE ONE: _ ASSAULT/ATT ASSAULT   _ THREAT OF VIOLENCE   X ACT OF VIOLENCE

5. IF INMATE FOUND GUILTY OF DEMONSTRATION (104.12): N/A
   CHOOSE ONE: _ LEAD/ORGANIZED     __ PARTICIPATED

6. IF INMATE FOUND GUILTY OF INTERFERENCE (107.10):  N/A
   CHOOSE ONE: _ PHYSICAL          __ VERBAL

7. IF INMATE FOUND GUILTY OF DRUG POSSESSION (113.25) N/A
   CHOOSE ONE: _ POSSESSION ONLY    __ MAKE/DISTRIBUTE/SELL/EXCHANGE

03/30/2022      NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION     PAGE  6
DCP004               SING SING GN  CORRECTIONAL FACILITY

SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 15B2063  NAME: BOYD, NYJEE         HEARING DATE: 4/12/2000

INCIDENT DATE: 03/29/2022      TIME: 05:24 PM     TIER: 3

F. HISTORY/CONFINEMENT SANCTION GUIDELINE REVIEW

| CHARGE | DESCRIPTION OF CHARGES | 5 YEAR PRIORS | 10 YEAR PRIORS |
|--------|------------------------|---------------|----------------|
| 104.11 | VIOLENT CONDUCT | 5 | 8 |
| 104.13 | CREATING A DISTURBANCE | 12 | 16 |
| 118.22 | UNHYGIENIC ACT | 7 | 7 |
| 106.10 | REFUSING DIRECT ORDER | 20 | 25 |
| 115.10 | REFUSE SEARCH OR FRISK | 1 | 1 |

AT THE TIME OF THE HEARING, WAS THIS INMATE HOUSED IN A SHU CELL: ___ YES  X NO

X THE CONFINEMENT SANCTIONS IMPOSED ARE WITHIN THE PUBLISHED GUIDELINES

OR

___ I HAVE IMPOSED CONFINEMENT SANCTIONS THAT HAVE DEPARTED UPWARD FROM THE
PUBLISHED GUIDELINES, FOR THE FOLLOWING REASON(S)(choose up to three):

      ___ OVERALL CLIMATE OF THE FACILITY
      ___ SEVERITY OF OFFENSE
      ___ LOCATION OF OFFENSE
      ___ MANNER OFFENSE WAS COMMITTED
      ___ RISK TO SECURITY
      ___ RISK TO PERSONAL SAFETY
      ___ PROPERTY DAMAGE - RESTITUTION
      ___ DISCIPLINARY HISTORY
      ___ OTHER_____

(ARTICULATE BELOW THE INMATE'S PARTICULAR HIGH RISK BEHAVIORS OR OTHER FACTORS
INDICATING NEED FOR CONFINEMENT EXCEEDING THE GUIDELINES TO ADDRESS A
THREAT TO THE SAFETY OF STAFF OR INMATES):

      N/A
_____

_____

_____

_____

03/30/2022
DCP004

NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE    7
SING SING GN  CORRECTIONAL FACILITY

SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 15B2063   NAME: BOYD, NYJEE                HEARING DATE: 4/13/22

INCIDENT DATE: 03/29/2022          TIME: 05:24 PM          TIER: 3

G. PURPOSE(S) OF CONFINEMENT SANCTION IMPOSED (IF ANY) - SET FORTH ALL THAT APPLY:

1. INCAPACITATION(Include the specific behaviors that posed a threat to the safety
   of staff or other inmates):

N/A

2. DETERRENCE: The Sanctions imposed, it is hoped that you I/I Boyd use the time to think of your actions and make better decisions for the future. You I/I Boyd are to familiarize yourself with Docs rules and regulations.

3. FAIRNESS: N/A

03/30/2022
DCP004

NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION
SING SING GN  CORRECTIONAL FACILITY

PAGE    8

SUPERINTENDENT HEARING DISPOSITION RENDERED

HEARING DATE: 4/12/22

DIN: 15B2063   NAME: BOYD, NYJEE

INCIDENT DATE: 03/29/2022          TIME: 05:24 PM        TIER: 3

H. <u>REASON(S) FOR A SHU CONFINEMENT SANCTION IMPOSED (IF ANY) WHERE INMATE IS UNDER
PRIOR CONFINEMENT OR IN A SHU-ALTERNATIVE PROGRAM</u> (Must have a guilty determination
of an offense listed in section 1 and clearly articulated in section 2 and/or 3
to impose a SHU confinement sanction on an inmate already serving a SHU sanction):

1. THE INMATE IS FOUND GUILTY OF ONE OR MORE SERIOUS OFFENSES AS FOLLOWS:

| | | |
|---|---|---|
| ___ PENAL LAW OFFENSE | ___ SEX OFFENSE | ___ DIRECT ORDER (SERIOUS NATURE) |
| ___ ASSAULT ON INMATE | ___ FORCIBLE TOUCHING | ___ ESCAPE ITEMS |
| ___ ASSAULT ON STAFF | ___ STALKING | ___ POSSESSION EMPLOYEE PROPERTY |
| ___ ASSAULT ON OTHER | ___ THREATS | ___ SMUGGLING |
| ___ RIOTING | ___ BRIBERY/EXTORTION | ___ SEARCH/FRISK |
| ___ ESCAPE | ___ VIOLENT CONDUCT | ___ EXPLOSIVES |
| ___ WEAPON | ___ DEMONSTRATION | ___ ARSON |
| ___ FIGHTING | ___ GANGS | ___ UNHYGIENIC ACT |

2. THE ACT(S) OF MISBEHAVIOR DEMONSTRATE A THREAT TO SAFETY AS FOLLOWS:

N/A

_____

_____

_____

_____

_____

_____

_____

3. THE INMATE HAS ENGAGED IN THE FOLLOWING REPEATED ACTS OF DISRUPTIVE MISBEHAVIOR
DESPITE PRIOR ALTERNATIVE INTERVENTIONS AS SET FORTH BELOW:

N/A

_____

_____

_____

_____

_____

_____

_____

03/30/2022                  NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE    9
DCP004                           SING SING GN  CORRECTIONAL FACILITY

                           SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 15B2063  NAME: BOYD, NYJEE                         HEARING DATE: 4/12/22

INCIDENT DATE: 03/29/2022              TIME: 05:24 PM          TIER: 3

I.  REASON(S) FOR INVOKING REMAINING SHU CONFINEMENT SANCTIONS SUSPENDED UPON AN
    INMATE'S SUCCESSFUL COMPLETION OF A SHU-ALTERNATIVE PROGRAM (Must have a guilty
    determination of an offense listed in section 1 and clearly articulated in
    section 2 to impose the SUSPENDED SHU confinement sanction after successful
    completion of a SHU-alternative program):

1. THE INMATE COMMITTED A SERIOUS ACT OF MISBEHAVIOR AS SET FORTH BELOW:

___ PENAL LAW OFFENSE       ___ SEX OFFENSE            ___ DIRECT ORDER (SERIOUS NATURE)
___ ASSAULT ON INMATE       ___ FORCIBLE TOUCHING      ___ ESCAPE ITEMS
___ ASSAULT ON STAFF        ___ STALKING               ___ POSSESSION EMPLOYEE PROPERTY
___ ASSAULT ON OTHER        ___ THREATS                ___ SMUGGLING
___ RIOTING                 ___ BRIBERY/EXTORTION      ___ SEARCH/FRISK
___ ESCAPE                  ___ VIOLENT CONDUCT        ___ EXPLOSIVES
___ WEAPON                  ___ DEMONSTRATION          ___ ARSON
___ FIGHTING                ___ GANGS                  ___ UNHYGIENIC ACT

2. THE INMATE COMMITTED THE SAME OR SIMILAR VIOLATION AS THAT LEADING TO THE
   SUSPENDED SANCTION AS SET FORTH BELOW:

_____ N/A _____

_____

_____

_____

J. SPECIAL INSTRUCTION ON VISITATION OR CORRESPONDENCE RESTRICTIONS, REFERRALS OR
   SPECIAL EVENT LOSS:

_____ Loss of visit 30 days 4/12/22 - 5/12/22 _____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

YOU HAVE THE RIGHT TO APPEAL THIS TIER III DISPOSITION BY SENDING YOUR APPEAL TO THE
COMMISSIONER'S OFFICE WITHIN 30 DAYS OF YOUR RECEIPT OF SUCH DISPOSITION:

I HAVE RECEIVED A COPY OF THIS HEARING DISPOSITION DATED: 4/12/22

_____, Refused, 4/12/22 - 8:43pm

HEARING OFFICER SIGNATURE   INMATE SIGNATURE          DATE & TIME RECEIVED


***SUCCESSFUL PRINT COMPLETION***



**NEW YORK STATE** | **Corrections and Community Supervision**

KATHY HOCHUL
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Lt. C. Pinker

From: Sgt. J. Candelario

Subject: U.O.F # 22-030 Boyd, N #15B2063 (B-T-53)

Date: March 29, 2022

Sir,

   At approximately 5:24pm on HBB Mess Hall Officer C. Guthrie observed a buige in Incarcerated Individual Boyd, N #15B2063 Left front pocket. Officer Guthrie questioned Boyd as to the contents in his left front pocket. Boyd replied, "Don't worry about what's in my pocket". Officer Guthrie ordered Boyd to place his hands on the wall for a suspicious pat frisk. Boyd abruptly took his hands off the wall turning and facing Officer Guthrie. Officer Guthrie used a body hold forcing Boyd to the ground. Once on the ground on his stomach I/I Boyd became compliant and all force ceased, I applied mechanical wrists restraints to a compliant Boyd. Boyd was under escort, who then turned his head and spit towards Officer Guthrie, the saliva did not have contact with any staff.

   Boyd was escorted to facility hospital E.R. for post use of force examination and examined by RN E. Pennisi who noted: swollen left side of upper lip, no other injuries. Use of force photographs were taken by me. I ordered Officer Guthrie to report to facility hospital E.R. For post use of force evaluation. ~~O███████████████████████████████████████████████~~ ~~███████████████████████████~~ authorized the cell search of B-T-53 with no reportable contraband found. I/I Boyd was escorted back to his housing location without incident. Officer Guthrie authored a misbehavior report on the incident. Please find all pertinent documentation and photographs for your review.

Respectfully Submitted,

Sgt. J. Candelario

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## WITNESS INTERVIEW NOTICE (For Superintendent's & Disciplinary Hearings)

_____ _Sing Sing_ _____ Correctional Facility

_N. Boyd_ _____ _15B2010?_ _____
**Inmate Name (Print)**                      **DIN**

An inmate may call witnesses on his or her behalf provided their testimony is material, is not redundant, and doing so does not jeopardize institutional safety or correctional goals.

If permission to call a witness is denied, or if a requested witness testifies outside the presence of the inmate charged and/or if the inmate is not permitted to review the testimony of a witness, the reason for such determination must be recorded on this form and copies given to the inmate by the hearing officer and included in the hearing record.

Reference:  Directive #4932, Sections 253.5 and 254.5.

_CNYT_ _____
**Requested witness:**

☑ Permission to call the requested witness is denied.
☐ Requested witness will testify outside inmate's presence.
☐ Inmate is not permitted to review requested witness's testimony.

Date: _4/8/00_  Explanation: _CNYT testimony_ _____
_____
_____
_____
_____

**********************************************************************

_I/I Chauncee 15B4600_ _____
**Requested witness:**

☑ Permission to call the requested witness is denied.
☐ Requested witness will testify outside inmate's presence.
☐ Inmate is not permitted to review requested witness's testimony.

Date: _4/10/00_  Explanation: _I/I witness gave his testimony_
_I/I Boyd present_ _____
_____
_____
_____

**********************************************************************

_I/I M. Booth 18??301_ _____
**Requested witness:**

☑ Permission to call the requested witness is denied.
☐ Requested witness will testify outside inmate's presence.
☐ Inmate is not permitted to review requested witness's testimony.

Date: _4/10/00_  Explanation: _I/I witness gave testimony_
_I/I Boyd present_ _____
_____
_____

**********************************************************************

**Signature** _McGinnis_ _Boyd, N_ _15B2010?_ _4/10/00_
     Hearing Officer          Inmate          DIN       Date Received

**Distribution:** Original - Hearing Record     Copy - Inmate

FORM 2176 (9/11)

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y.  12226-2050

M E M O R A N D U M

TO:    SUPERINTENDENT MICHAEL CAPRA
       SING SING CORRECTIONAL FACILITY

FROM:  A. RODRIGUEZ, DIRECTOR
       SPECIAL HOUSING/INMATE DISCIPLINE

DATE:  MAY 18, 2022

RE:    REVERSAL OF SUPERINTENDENT'S HEARING/EXPUNCTION ORDER

| INMATE/NUMBER | DATE OF HEARING | DATE OF INCIDENT |
|---|---|---|
| BOYD, NYJEE #15B2063 | APRIL 12, 2022 BY SORC REGISFORD, M N @ SING SING C.F. TAPE #: 22-0692 | MARCH 29, 2022 |

     THE ABOVE-NOTED SUPERINTENDENT'S HEARING HAS BEEN REVERSED ON
MAY 18, 2022,       FOR THE FOLLOWING REASON(S):

        MENTAL HEALTH TESTIMONY NOT CONSIDERED AS REQUIRED BY DIRECTIVE
        4932.

----------------------------------------------------------------------
     RECORDS CONTAINING REFERENCES TO THE ABOVE-NOTED SUPERINTENDENT'S
HEARING ARE TO BE EXPUNGED.

     PLEASE OBTAIN ALL AVAILABLE RECORDS WITHIN 14 DAYS OF RECEIPT OF THIS
MEMORANDUM. AFTER ACCUMULATING SUCH RECORDS, PLEASE FORWARD THEM FOLLOWING
ESTABLISHED PROCEDURES.

     DO NOT SEND TAPES - RETAIN ON FILE AND MARK AS EXPUNGED.

     IF THE RECORDS ARE NOT AVAILABLE AT YOUR FACILITY, PLEASE ADVISE THIS
OFFICE AS SOON AS POSSIBLE.

CC: I.R.C., SING SING C.F.
    EXPUNGEMENT FILE

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y.   12226-2050

REVIEW OF SUPERINTENDENT'S HEARING

NAME:  BOYD, NYJEE                          NO.  15B2063

HEARING FACILITY:  SING SING

ON BEHALF OF THE COMMISSIONER AND IN RESPONSE TO YOUR RECENT

LETTER OF APPEAL, PLEASE BE ADVISED THAT YOUR SUPERINTENDENT'S HEARING OF

APRIL 12, 2022,     HAS BEEN REVIEWED AND REVERSED ON MAY 18, 2022.


          A. RODRIGUEZ
        DIRECTOR, SPECIAL HOUSING/
        INMATE DISCIPLINARY PROGRAM

CC: FACILITY SUPERINTENDENT
     CENTRAL OFFICE FILES


APPEAL DECISION RENDERED PURSUANT TO SECTION 254.8 OF CHAPTER V AND
ELECTRONICALLY PRODUCED UPON THE AUTHORITY OF THE DIRECTOR OF SPECIAL
HOUSING/INMATE DISCIPLINE PROGRAM.

03/25/2022      NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION     PAGE    1
DCP004             DISCIPLINARY  HEARING DISPOSITION RENDERED

        SING SING GN                 TAPE NUMBER _____ *13*

DIN: 15B2063 NAME: BOYD, NYJEE         LOCATION: OB-TN-53S

INCIDENT DATE & TIME:      03/17/2022    01:52 AM    TIER 2
REPORT DATE:           03/21/2022
REVIEW DATE:           03/24/2022       BY: LT  BODGE, B J

DELIVERY DATE & TIME:     03/25/22    11:15 AM   BY: CO  JACKSON, T A

HEARING START DATE & TIME: _3/30/22 10:00 A_ BY: _G. D. Sylum_

HEARING END DATE & TIME: _3/31/22 9:00 A_ BY: _G. D. Sylum_

| CHARGE NUMBER | DESCRIPTION OF CHARGES | | REPORTED BY | DISPOSITION |
|---|---|---|---|---|
| 113.24 | DRUG USE | CO | CABAN, J | *Guilty* |

ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE
AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE INMATE.
SANCTION DATES BELOW ARE SUBJECT TO REVIEW/CHANGE, AND WILL BE CONSECUTIVELY ADDED TO
ANY SIMILAR CURRENT SANCTION. IN ADDITION, WHENEVER A CONFINEMENT PENALTY IS BEING
SERVED AND A MORE RESTRICTIVE CONFINEMENT PENALTY IS IMPOSED AS A RESULT OF ANOTHER
HEARING, THE MORE RESTRICTIVE PENALTY SHALL BEGIN TO BE SERVED IMMEDIATELY, AND ANY
TIME OWED ON THE LESS RESTRICTIVE PENALTY SHALL BE SERVED AFTER COMPLETION OF THE
MORE RESTRICTIVE PENALTY PERIOD.

| PENALTY CODE | DESCRIPTION | PENALTY MO DAYS | START DATE | RELEASE DATE | SUSPEND MO DAYS | DEFERRED MO DAYS | RESTITUTION $$$$ . ¢¢ |
|---|---|---|---|---|---|---|---|
| N020 | REF ASAT | — | 3/31/22 | — | — | — | N/A |
| D000 | Loss of Priv | 05 | 3/31/22 | 4/25/22 | — | — | N/A |
| N020 | Cancel Reprimnd | — | 3/31/22 | — | — | — | N/A |

04/18/2022           NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE     1
DCP004                     SUPERINTENDENT  HEARING DISPOSITION RENDERED

                 SING SING GN                                TAPE NUMBER  33

DIN: 15B2063 NAME: BOYD, NYJEE                               LOCATION: 0B-TN-53S
                                          SHU CELL INELIGIBLE
INCIDENT DATE & TIME:      04/15/2022   12:00 PM   TIER 3
REPORT DATE:               04/18/2022
REVIEW DATE:               04/18/2022          BY: LT   PINKER, C J

DELIVERY DATE & TIME:      04/18/22     04:35 PM  BY:  CO    JACKSON, T A

HEARING START DATE & TIME:  4 /22/22  1056 a   BY: DSHS  Jackson-Smith

HEARING END DATE & TIME:   4 /22/22  __:__   BY: DSHS  Jackson-Smith
WAS THERE NEED FOR A FORMAL MENTAL HEALTH/INTELLECTUAL CAPACITY ASSESSMENT? Y / N

CHARGE
NUMBER       DESCRIPTION OF CHARGES              REPORTED BY          DISPOSITION

113.33    DRUG POSSESSION.                  INV   ROSS, R J                    guilty
------    -----------------------------    ----   -------------------
113.34    DRUG DISTRIBUTION                                            Not guilty
------    -----------------------------
114.10    SMUGGLING                                                     guilty
------    -----------------------------


ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE
AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE INMATE.
SANCTION DATES BELOW ARE SUBJECT TO REVIEW/CHANGE, AND WILL BE CONSECUTIVELY ADDED TO
ANY SIMILAR CURRENT SANCTION. IN ADDITION, WHENEVER A CONFINEMENT PENALTY IS BEING
SERVED AND A MORE RESTRICTIVE CONFINEMENT PENALTY IS IMPOSED AS A RESULT OF ANOTHER
HEARING, THE MORE RESTRICTIVE PENALTY SHALL BEGIN TO BE SERVED IMMEDIATELY, AND ANY
TIME OWED ON THE LESS RESTRICTIVE PENALTY SHALL BE SERVED AFTER COMPLETION OF THE
MORE RESTRICTIVE PENALTY PERIOD.

| PENALTY CODE | DESCRIPTION | PENALTY MO DAYS | START DATE | RELEASE DATE | SUSPEND MO DAYS | DEFERRED MO DAYS | RESTITUTION $$$$ . ¢¢ |
|---|---|---|---|---|---|---|---|
| D000 | Keeplock | 60 days | 10/22/22 | 12/21/22 | | | |
| E000 | loss of packages | 90 | 10/9/22 | 1/7/23 | | | |
| F000 | loss of commissary | 90 | 10/9/22 | 1/7/23 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT B

 **Corrections and Community Supervision**

KATHY HOCHUL
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

**TO:**      **BOYD, N**          **15B2063**          **T-53**

**FROM:**    Q. Quick, Supervisor Incarcerated Grievance Program

**SUBJECT:** Grievance Complaint

**DATE:**    5/24/2022

Your complaint dated:    **5/19/2022**    **code#**    **49**    filed as grievance # **0624-22**

titled:    **OFFICER DENIED I/I WORK ASSIGNMENT IN RETALIATION OF PAST GRIEVANCE FILINGS**

has been referred to the Superintendent and is currently pending an investigation.

If your grievance isn't responded to within 25 calendar days from the date of filing, you may appeal to CORC in accordance with Directive # 4040 701.8(g) or 701.9(f). This is done by filing a notice of decision to appeal.

_Inmate Grievance Complaint_

49

Grievance No.

Sing Sing Correctional Facility     OC24-22

**RECEIVED**

MAY 19 2022

SING SING I.G.P.

Name: Nyfee Boyd  Din: 15B2063
Location: B-T-53  Date: 5-16-22

Description of incident: On the date of 5-16-22
at approx. 1:00Pm C.O. Jose M. Cabrera
directed C.O. Isaac to not let me out for
my assigned program as T3Y Porters,
because I like to write grievances on
~~the gl.~~ officers he further stated I was
the one involved in a incident on 3-29-22
involving Sgt. Candelario and that I was
still lucky to even still be breathing. This
has not the only time this officer has
made these threatning remarks to me and
harrassed me. This is a violation of
employee's Manual 8.1 personal conduct
and 2.2 Lawful Comportment.
Grievant signature:

Action Requested: I not be subjected to any
further retaliation and C.O. Cabrera be
disciplined in accordance with Dcccs policies
for improper Conduct.

cc: Grievance Clerk/File/etc.

EXHIBIT C

From Nyjee Boyd Din 15B2063   Date 6-20-22
Sing Sing Correctional Facility
354 Hunter st
Ossining, N.Y. 10562-5442

<u>INFORMAL COMPLAINT</u>

TO: Anthony Annucci (Commissioner of Doccs)
    Doccs
    1220 Washington Ave
    Albany, N.Y. 12226-2050

Dear Mr. Annucci:

~~7th~~ I am writing because on the date of
June ~~12th~~, 2022 at approx. 8:30PM while coming
back from ~~Bull creader~~ 8pm med's, I was
proceeding down B-Block flats to return to
my cell, when Sgt. Gonzalez ~~to~~ directed C.O. Lordo
to search me and directed C.O. Gonzalez to search
inmate Greene, before being Pat-frisked C.O. London
stated "whats this grievance about that you
have against C.O. Marsico" I stated "when he
searched my cell he destroyed several items" C.O. London
then stated " you know where you at? your in Sing
Sing if you haven't noticed we do what we want"
he then directed me to step further back while
on the wall". C.O. London then reached and stuck
his hands inside my boxers grabbing my testicles
1 of 3

Continued to manipulate my Genitles stating "
This what happens when you be stupid and
write officers up" During this Pat-Frisk
Sgt. Gonzalez witnessed the entire Search
as well as Sgt. Martinez, C.O. Gonzalez &
Incarcerated Individual Greene. C.O. London
then directed me back to my housing Location.
I notified OSI The following day OSI #
294425 despite me making this Complaint, I
was again retaliated against by C.O. Marsico,
C.O. Gonzalez, C.O. London, and C.O. Lowe
on 6-13-22. On the date of 6-13-22 at
approx: 8:30 Am C.O. Marsico and C.O. Gonzalez
entered my Cell and directed me to Strip. I complied
and both C.O's began to Chant "take it off"
while being Strip Frished C.O. Marsico directed me
to bend Over at the waiste. I complied which
C.O. Marsico Kept telling me to bend ova further
and further despite seeing my rectum area he
than stated "look at the ass on that" He than
Stated Since you like to be a dick play with
Your dick or we will use Force" I than Stated
I wanted to Speak to a Supervisor and they
directed me to get dress and destroyed several
Items during the Cell Search.
On the date of June 13th, 2022 at Approx: 4:00 Pm
C.O. Marsico Came to my Cell and verbatim Quoted
my prea Complaint and Stated "I see your not

2 of 3

Obviously that Bright, but you will see real soon
Continue to file prea complaints". On the date
of June 15th, 2022 at approx. 4:00pm Sgt.
Gonzalez directed Sgt. Reed to tell me "To
Pack-up I being moved to A-Block I advised
Sgt. Reed I have a T3Y Porter assignment
which permits me to be in B-Block he stated"
Yes you have a T3Y Porter assignment, but
either you move or you will be issued a
misbehavior report for refusing a direct order"
I refused to move out of fear of Retaliation
by Sgt. Gonzalez and his officers thats known
as the "Cert team" who is mainly housed in
A-Block. These officers and supervisors are
in violation of N.Y.S. Doccs Employee's manual
2.1. personal conduct, 2.2. Lawful compartment, 2.19
Sexual abuse and harassment, 2.20 Duty to report
Sexual abuse and Sexual harassment, retaliation,
and Confidentiality, 2.23, 2.45, 3.1, 4.16, 7.13, and
7.9. I request I be protected from any further
retaliation and if anything is to happen to me.
its a result of this complaint and all other
Complaints regarding this incident.

cc: Anthony Annucci /
File /etc...

3 of 3

From: Kayjee Boyd DIN. 15B2006, Date 8-3-22
Coxsackie Corr. Fac.
P.O. Box 200
Coxsackie, NY 12051

TO: Q. Quick (Grievance supervisor)
Sing Sing Corr. Fac.

I am writing to appeal grievance
No. 0815-22 to the CORC, due to not
given a response within 21 days from
date of filing.

CC: Q. Quick /
file /etc...



# Corrections and Community Supervision

KATHY HOCHUL
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

**TO:**      **BOYD, N**          **15B2063**        **T-53**

**FROM:**    Q. Quick, Supervisor Incarcerated Grievance Program

**SUBJECT:**  Grievance Complaint

**DATE:**    7/12/2022


Your complaint dated:      **7/1/2022**        **code#**    **49**      filed as grievance #**0815-22**

titled:          **ALLEGES OFFICERS RETALIATED AGAINST HIM FOR PRIOR COMPLAINT**

has been referred to the Superintendent and is currently pending an investigation.


If your grievance isn't responded to within 25 calendar days from the date of filing, you may appeal to CORC in accordance with Directive # 4040 701.8(g) or 701.9(f). This is done by filing a notice of decision to appeal.

49                                                             pg 2

## Inmate Grievance Complaint

Grievance No.

0815-22

Sing Sing Correctional Facility

**RECEIVED**

JUL 0 1 2022

SING SING I.G.P.

Name: Nyree Boyd Din: 15B2063
Location: B-T-53 Date: 6-15-22

Description of incident: On the date of 6-8-2022
I reported to OSI about a prea complaint that
happend on the 7th of June, 2022. This prea
complaint was not only disclosed to the individual
I had the prea complaint on. It was disclosed
also to several Sing Sing staff including C.O. Marsico,
C.O. Lowe, C.O. London, C.O. Gonzalez, and Sgt. Gonzalez
as a result, I was subjected to another sexual
assault on 6-13-22 by C.O. Gonzalez, C.O. Lowe,
C.O. Marsico and C.O. London. I also reported this
sexual assault and it was again disclosed the
to the above individuals, which C.O. Marsico on June 13, 2022 at
approx. 4:00pm came to my cell and verbatim quoted
the allegations in my complaint and stated "I see
your not obviously that bright, but you will see
real soon continue to file prea complaints". I
am being retaliated against as a result of reporting
such complaints and I've been issued retaliatory
misbehavior reports by C.O. Marsico. This is a
violation of N.Y.S. DOCCS employee's manual 2.1
Personal conduct, 2.2 Lawful comportment, 2.7 Communi-
cations, 2.13 Language and 2.19, and 2.20-Duty to
report sexual abuse and sexual harassment, retaliation,
and confidentiality which states in part: "Apart
from reporting to designated supervisors or officials



**KATHY HOCHUL**
Governor

**KEVIN P. BRUEN**
Superintendent

April 8, 2022

Sing Sing Correctional Facility
Nyjee  Boyd
DIN: 15-B-2063
354 Hunter St
Ossining, NY 10562

Dear Nyjee  Boyd:

I am in receipt of your correspondence dated 3/29/2022 and have forwarded it to the N.Y.S. Department of Corrections and Community Supervision – Office of Special Investigations, as the matter would come under their jurisdiction.

Sincerely,

Capt. *James M. Browne*

James M. Browne
Captain
Bureau of Criminal Investigation

FORM #2077 (REV. 6/21)

## NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
### CELL FRISK/CONTRABAND RECEIPT

| Original – Incarcerated Individual |
| Copy    – DSS |

_Sing Sing_ **CORRECTIONAL FACILITY**

Date: _6-21-22_       Frisk Start Time: _8:30 pm_   Frisk End Time: _8:60 pm_

Incarcerated Individual Name: _Boyd, N_       DIN: _15B2063_

CELL/CUBE/ROOM: _N-15_

_K-Jab (60325)_

Officer Conducting Search: _A. Rodriguez_

**Print Name Legibly**          **Badge #**          **Signature**

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| ① extra mattress | on bed | Returned to inventory |
| | | |
| | | |
| | | |

_____ NO CONTRABAND FOUND          ✓ NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INCARCERATED INDIVIDUAL:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: _AR_                    SINK/TOILET: _AR_

AIR VENT: _N/A_                 WINDOW CHECKED/INTACT: _N/A_

CEILING: _AR_                   WALLS: _AR_

BARS: _AR_                      MISC: _N/A_

**IN ADDITION:** THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): _____
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) _✓_
INCARCERATED INDIVIDUAL ID MATCHES CURRENT APPEARANCE (Checked ID to incarcerated individual's current appearance, if the incarcerated individual was present for the search.) _Not present_

Comments: _____
_____
_____

FORM #2077 (REV. 6/21)

**NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**CELL FRISK/CONTRABAND RECEIPT**

| Original – Incarcerated Individual |
|---|
| Copy    – DSS |

_Sing  Sing_ **CORRECTIONAL FACILITY**

Date: 6/13/22          Frisk Start Time: 830am    Frisk End Time: 900am

Incarcerated Individual Name: Boyd, N          DIN: 15B2063

CELL/CUBE/ROOM: HBB 53

Officer Conducting Search: C Gonzalez    42401    C Gonzalez
                          V Marsico    5943    V Marsico

**Print Name Legibly          Badge #          Signature**

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| ① Gallon purple fermented fruit | under bed | Disposed of |
| | | |
| | | |
| | | |

_____NO CONTRABAND FOUND          UM _____NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INCARCERATED INDIVIDUAL:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: VM          SINK/TOILET: VM

AIR VENT: NA          WINDOW CHECKED/INTACT: NA

CEILING: VM          WALLS: VM

BARS: VM          MISC: NA

IN ADDITION: THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): UM
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) UM
INCARCERATED INDIVIDUAL ID MATCHES CURRENT APPEARANCE (Checked ID to incarcerated individual's current appearance, if the incarcerated individual was present for the search.) UM

Comments: _____
_____
_____

FORM #2077 (REV. 6/21)

## NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

### CELL FRISK/CONTRABAND RECEIPT

| Original – Incarcerated Individual |
| Copy    – DSS |

Sing Sing    **CORRECTIONAL FACILITY**

Date: 6/6/22    Frisk Start Time: 643PM   Frisk End Time: 653PM

Incarcerated Individual Name: Boyd, N    DIN: 15B2063

CELL/CUBE/ROOM: T-53

Officer Conducting Search: J. Marrero    61344    [signature]
**Print Name Legibly**    **Badge #**    **Signature**

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| NCF | NCF | NCF |

____ NO CONTRABAND FOUND    ____ NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INCARCERATED INDIVIDUAL:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: JM    SINK/TOILET: JM

AIR VENT: N/A    WINDOW CHECKED/INTACT: N/A

CEILING: JM    WALLS: JM

BARS: JM    MISC: JM

IN ADDITION: THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): JM
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) JM
INCARCERATED INDIVIDUAL ID MATCHES CURRENT APPEARANCE (Checked ID to incarcerated individual's current appearance, if the incarcerated individual was present for the search.) JM

Comments: _____
_____
_____

FORM #2077 (REV. 6/21)

**NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**CELL FRISK/CONTRABAND RECEIPT**

Original – Incarcerated Individual
Copy     – DSS

_Sing Sing_ **CORRECTIONAL FACILITY**

Date: 6/6/22        Frisk Start Time: 10:15 A   Frisk End Time: 10:25 Am

Incarcerated Individual Name: Boyd, N        DIN: 15B2063

CELL/CUBE/ROOM: T-53

Officer Conducting Search: T. Cunningham 32318
S. Vasquez Felix 61245
**Print Name Legibly        Badge #        Signature**

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

[X] NO CONTRABAND FOUND        [X] NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INCARCERATED INDIVIDUAL:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: ___        SINK/TOILET: ___
AIR VENT: ___       WINDOW CHECKED/INTACT: ___
CEILING: ___        WALLS: ___
BARS: ___           MISC: ___

IN ADDITION: THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): ___
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) ___
INCARCERATED INDIVIDUAL ID MATCHES CURRENT APPEARANCE (Checked ID to incarcerated individual's current appearance, if the incarcerated individual was present for the search.) ___

Comments: ___

FORM #2077 (REV. 6/21)

Prea - Complain #294425

## NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

### CELL FRISK/CONTRABAND RECEIPT

| Original – Incarcerated Individual |
| Copy    – DSS |

Sing Sing _____ **CORRECTIONAL FACILITY**

Date: __May 20, 22__ Frisk Start Time: __9 30__ Frisk End Time: __9 45__

Incarcerated Individual Name: __Boyd, J__ DIN: __15B2063__

CELL/CUBE/ROOM: __T 53__

Officer Conducting Search: Marsiw    S9432
                            London     44759
**Print Name Legibly        Badge #        Signature**

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| (1) State Mattress (1) state pillow (1) Altered heating element w/ exposed electric wires (2) gallons ferment orange juice | in cell | returned to state shop confiscated |

____NO CONTRABAND FOUND        ✓ NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INCARCERATED INDIVIDUAL:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: ____Ø____        SINK/TOILET: ____N____

AIR VENT: ____Ø____        WINDOW CHECKED/INTACT: ____N/A____

CEILING: ____O____        WALLS: ____Ø____

BARS: ____✓____        MISC: ____Ø____

**IN ADDITION:** THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): ____Ø____
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) _____
INCARCERATED INDIVIDUAL ID MATCHES CURRENT APPEARANCE (Checked ID to incarcerated individual's current appearance, if the incarcerated individual was present for the search.) _____

Comments: _____

FORM #2077 (REV. 6/21)

## NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

### CELL FRISK/CONTRABAND RECEIPT

Original – Incarcerated Individual
Copy    – DSS

_SING SING_    **CORRECTIONAL FACILITY**

Date: 4/6/22    Frisk Start Time: 9:45AM    Frisk End Time: 9:56AM

Incarcerated Individual Name: BOYD, N    DIN: 15B 2063

CELL/CUBE/ROOM: HBB - 7 - 53

Officer Conducting Search: Vasquez, Felix    61245    _Vasquez Felix_
                           **Print Name Legibly**    **Badge #**    **Signature**

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| ① Pair Red/Gray Prada | In cell | Bld 8 Basement |
| | | |
| | | |
| | | |

_____ NO CONTRABAND FOUND    ☒ NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INCARCERATED INDIVIDUAL:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: _B_    SINK/TOILET: _B_

AIR VENT: _N/A_    WINDOW CHECKED/INTACT: _N/A_

CEILING: _B_    WALLS: _B_

BARS: _B_    MISC: _____

IN ADDITION: THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): ✓
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) ✓
INCARCERATED INDIVIDUAL ID MATCHES CURRENT APPEARANCE (Checked ID to incarcerated individual's current appearance, if the incarcerated individual was present for the search.) ✓

Comments: _____
_____
_____

FORM #2077 (REV. 6/21)

## NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

### CELL FRISK/CONTRABAND RECEIPT

| Original – Incarcerated Individual |
| Copy   – DSS |

_Sing Sing_ **CORRECTIONAL FACILITY**

Date: _3-29-22_     Frisk Start Time: _6:00_   Frisk End Time: _6:15_

Incarcerated Individual Name: _BOYD, N_     DIN: _15B2063_

CELL/CUBE/ROOM: _T-53_

Officer Conducting Search: _J. Cabrera  5844_ / _J. Ce___

**Print Name Legibly          Badge #          Signature**

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
| --- | --- | --- |
| state spray | Locker | Secured |
| state Draft bags | under bed | Disposed |
| | | |
| | | |

_____NO CONTRABAND FOUND          ✓NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INCARCERATED INDIVIDUAL:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: _____     SINK/TOILET: _____

AIR VENT: _____     WINDOW CHECKED/INTACT: _____

CEILING: _____     WALLS: _____

BARS: _____     MISC: _____

IN ADDITION: THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): _____
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) _____
INCARCERATED INDIVIDUAL ID MATCHES CURRENT APPEARANCE (Checked ID to incarcerated individual's current appearance, if the incarcerated individual was present for the search.) _____

Comments: _____
_____
_____

FORM #2077 (REV. 6/21)

## NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

### CELL FRISK/CONTRABAND RECEIPT

| Original – Incarcerated Individual |
| Copy    – DSS |

_Sing Sing_ **CORRECTIONAL FACILITY**

Date: __3/15/22__     Frisk Start Time: __10:00 am__     Frisk End Time: __10:27 am__

Incarcerated Individual Name: __BOYD, N__     DIN: __15B2063__

CELL/CUBE/ROOM: __HBB S-28__

Officer Conducting Search: __Polelovic__     __3577__     __(signature)__

**Print Name Legibly**          **Badge #**          **Signature**

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| (1) Black Tablet # 24 | In bottom locker Middle shelf | Confiscated & Brought to B8 basement. |
|  |  |  |
|  |  |  |

_____ NO CONTRABAND FOUND          ✓ NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INCARCERATED INDIVIDUAL:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: __PP__          SINK/TOILET: __PP__

AIR VENT: __NA__          WINDOW CHECKED/INTACT: __NA__

CEILING: __PP__          WALLS: __PP__

BARS: __PP__          MISC: __NA__

**IN ADDITION:** THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): _____
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) _____
INCARCERATED INDIVIDUAL ID MATCHES CURRENT APPEARANCE (Checked ID to incarcerated individual's current appearance, if the incarcerated individual was present for the search.) _____

Comments: __I/I WAS not present during search.__

From: Angel Borja Gonzales   Date   August 6, 2022
Coxsackie Corr Fac.
PO Box 200
Coxsackie, NY 12031-0200

TO: D. Quick, (I/I Supervisor IGP)
Sing Sing Corr. Fac.


I Am writing because I have not recieved
a decision to grievance No 0815-22 within 25 days
from the date of filing, I wish to Appeal to the corc.



CC D. Quick I/I
Supervisor IGP / File /
+c...

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. SS-0664-22 | | DATE FILED 6/1/22 |
|---|---|---|---|
| | FACILITY SING SING | | POLICY DESIGNATION Institutional |
| **INCARCERATED GRIEVANCE PROGRAM** | TITLE OF GRIEVANCE Staff Conduct | | CASE CODE 49 |
| **SUPERINTENDENT RESPONSE** | SUPERINTENDENT'S SIGNATURE | | DATE 6/22/22 |
| GRIEVANT Boyd, N | DIN 15B2063 | | HOUSING UNIT HBA N-15 |

Grievant claims staff harassment

Grievant interviewed by a supervisor and had nothing further to add to this grievance.

Staff involved provided written report denying the allegations of harassing, or retaliating against grievant.

Based on the investigation conducted, no evidence could be found to substantiate grievants allegations.  Grievance Denied.

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent, please sign below and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal.*  Please provide a reason why you are appealing this decision to CORC.

Staff involved in such misconduct, I have several
complaints against prior complaints, and I was never interviewed
                              In regards to this complaint. 6/25/2

_____        _____
        GRIEVANT'S SIGNATURE                          DATE

_____        _____
     GRIEVANCE CLERK'S SIGNATURE                       DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (12/21)

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO.<br>SS-0539-22 | DATE FILED<br>5/17/22 |
|---|---|---|
| | FACILITY<br>SING SING | POLICY DESIGNATION<br>Institutional |
| INCARCERATED GRIEVANCE PROGRAM | TITLE OF GRIEVANCE<br>Medical | CASE CODE<br>22 |
| **SUPERINTENDENT RESPONSE** | SUPERINTENDENT'S SIGNATURE | DATE 6/10/22 |
| GRIEVANT<br>Boyd, D | DIN<br>15B2063 | HOUSING UNIT<br>HBB T-53 |

Grievant states medical staff fails to provide adequate medical treatment.

Grievance Denied. There is no evidence to support the allegations made grievant.  Grievant has and will continue receiving the most appropriate medical care/ treatment.

---

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent, please sign below and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal.*  Please provide a reason why you are appealing this decision to CORC.

the grievant have been denied medical treatment in violation of 8th Amend-
ment constitutional right to adequate medical care.                8-1-2022

| GRIEVANT'S SIGNATURE | DATE |
|---|---|
| GRIEVANCE CLERK'S SIGNATURE | DATE |

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (12/21)

cc: Grievance Clerk /
File / IGRC

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. 0539-22 | HEARING DATE 5/17/2022 |
|---|---|---|
| | GRIEVANT NAME **BOYD, N** | DIN 15B2063 |
| **INCARCERATED GRIEVANCE PROGRAM** | FACILITY **SING- SING C.F.** | HOUSING UNIT 0   **B-7-53** |
| **IGRC HEARING RESPONSE** | HELD IN ABSENTIA ☑ YES ☐ NO   If yes, why: | **IN-CELL** |

Response of IGRC:                    **DISAGREE**          **CODE:  22**


**Per IGRC investigation Grievant was admitted to the infirmary on 4/3/22 and was seen by primary care provider on 5/3/22. If grievant continues to have issues they should be addressed using sick call.**



Chairperson _[signature]_                    IGRC Members: _[signature]_

_[signatures]_

Date Returned to Grievant: _5/20/22_

Appeal:

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☑ I disagree with the IGRC response and wish to appeal to the Superintendent.     ☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.     ☐ I want to apply to the IGP Supervisor for review of the IGRC dismissal.

Grievant Signature: _[signature]_                    Date: _5-25-22_

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

To be completed by Grievance Clerk

Grievance Clerk Signature: _____     Date Received: _____

Date Forwarded to Superintendent For Action: _____

FORM 2131 (Reverse) (12/21)

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. SS-0464-22 | | DATE FILED 4/19/22 |
|---|---|---|---|
| | FACILITY SING SING | | POLICY DESIGNATION Institutional |
| INCARCERATED GRIEVANCE PROGRAM | TITLE OF GRIEVANCE Housing- Internal Block Affairs | | CASE CODE 23 |
| **SUPERINTENDENT RESPONSE** | SUPERINTENDENT'S SIGNATURE | | DATE 4/6/22 |
| GRIEVANT Boyd, D | | DIN 15B2063 | HOUSING UNIT HBB T-53 |

Grievant states recreation has been denied by housing sergeants.

Grievance Denied. Investigation reveals there was a minor misunderstanding in reference to incarcerated individuals sanctioned to loss of recreation, however, this issue has been addressed. Grievant is currently sanctioned to loss of recreation along with being assigned an AM and PM program therefore grievant is not entitled to out of cell exercise.

---

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent, please sign below and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please provide a reason why you are appealing this decision to CORC.

I appeal this decision because I/I were loss of Rec and deny rec for long periods of time in violation of my 8th Amend. & constitutional right the supervisors were aware of S/T Long Island 8-1-2022

_____ GRIEVANT'S SIGNATURE          _____ DATE

_____ GRIEVANCE CLERK'S SIGNATURE          _____ DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (12/21)

CC Grievance clerk/
File letter

Inmate Grievance Complaint

Sing Sing Correctional Facility

Grievance No.

Name: Nyjee Boyd Din:15-B-2063
Location: B-T-53 Date:4/18/22

Description of incident: on several dates i have been denied
one hour of recreation for which I am unassigned and have a
sanction of loss of rec each time i have put down for one
hour of rec i have been told its the New Policy if you have
loss of rec you are not entitled to one hour even if you dont
have a assigned program. I have addressed this issue with several
sergeants and supervisor officials who continues to enforce
this unconstitutional policy. i am challenging this policy as
invalid as a matter of law 7 NYCRR section 1704.6(b)which
states inpart: "An inmate shall be permitted to exercise outside
of his or her cell for atleast one hour daily" section (d) also
states: "An inmate who has lost recreation privileges but who
is not otherwise keeplocked or confined to his or her cell need
not be permitted the daily exercise referred to in Subdivision
(b) of this section. However, an inmate who is on loss of re-
creation status and who has no program shall be permitted the
daily exercise referred to in Subdivision (b)
of this section. See also Bowe v. Smith, 119 Misc.2d 453(1983).
it should be noted I am a mental ill prisoner who has a omh
level 1s such denial of rec has exacerbated the effects of my
mental illness in violation of my constitutional rights as a
result i am being unlawfully confined.
Grievant Signature:

Action Requested: I be provided rec in accordance to 7 NYCRR Sect
ion 1704.6 (b),(d) . i also request adequate investigation be
conducted into this matter .

RECEIVED

cc: Grievance
clerk/file/etc.

APR 2 5 2022

SING SING I.G.P.



**Corrections and
Community Supervision**

KATHY HOCHUL
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

<b>MEMORANDUM</b>

**TO:**      **BOYD, N**       **15B2063**      **T-53**

**FROM:**   Q. Quick, Supervisor Incarcerated Grievance Program

**SUBJECT:**   Grievance Complaint

**DATE:**    6/2/2022

Your complaint dated:   <u>5/31`/2022</u>   code#    <u>23</u>    filed       <u>6/9/2022</u> as grievance #     **0651-22**

titled:    <u>**BEING DENIED RECREATION**</u>

**is currently under investigation by the Inmate Grievance Program Staff.**

**At the completion of our invetigation you will be informed of any infromal resolution suggetion or you will be scheduled for a hearing.**

**If the IGRC hearing does not take place within 16 calendar days from the date of filing, you may appeal to the next level of review in accordance with Directive #4040 701.6(g)2.**

Inmate Grievance Complaint

(23)

Grievance No.

Sing Sing Correctional Facility

0651-22

Name: Nyree Boyd Din: 15B2063
Location: B-T-53  Date: 5-31-22

RECEIVED
JUN 01 2022
SING SING I.G.P.

Description of incident: On the date of
5-30-22 and Several other dates. I
have been denied rec, despite not being
on loss of Rec. I have also even been
denied a hour of rec, despite staff not
letting me out my cell for my assigned
program. I spoke to Sgt. Acevado and
informed him of my reversal for a
disciplinary Tier III misbehavior report
which due to this previous sanctions were
expunged. Sgt. Acevado continues to deny
me such rec, by informing the company
officers to not let me out for rec.
Such reversal is dated 5-18-2022.
I also showed him Grievance No. 0464-22
regarding loss of Rec.
Grievant Signature: _____

Action Requested: I be provided rec in
accordance with Corr. Law. 137
and my constitutional right not be violated.

cc: Grievance clerk / File /
others

 **Corrections and Community Supervision**

KATHY HOCHUL
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

# MEMORANDUM

**TO:**      **BOYD, N**      **15B2063**      **T-53**    *N-15*

**FROM:**   Q. Quick, Supervisor Incarcerated Grievance Program

**SUBJECT:**   Grievance Complaint

**DATE:**   6/9/2022

Your complaint dated:      <u>5/31/2022</u> code#   <u>23</u>      filed      <u>6/1/2022</u> as grievance #      **0651-22**

titled:                  <u>**BEING DENIED RECREATION**</u>

is currently under investigation by the Inmate Grievance Program Staff.

At the completion of our invetigation you will be informed of any infromal resolution suggetion or you will be scheduled for a hearing.

If the IGRC hearing does not take place within 16 calendar days from the date of filing, you may appeal to the next level of review in accordance with Directive #4040 701.6(g)2.

# Inmate Grievance Complaint

(23)    0651-22    Grievance No.
       (CON)

Sing Sing Correctional Facility    **RECEIVED**

JUN 01 2022

SING SING I.G.P.

Name: Nyfee Boyd Din: 15B2063
Location: B-T-53 Date: 5-31-22

Description of Incident: On the date of
5-31-22 at approx: 5:00pm Sgt. ~~Gonalez~~
Gonzalez directed my officer I was
lose of Rec to not let me out for Rec.
I showed the officer my reversal for the
hearing of ~~may~~ march 29, 2022. and that
I didn't have any sanctions, despite this
I was still denied rec in violation of my
Constitutional right.
Grievant Signature: ~~signature~~

Action Requested: I be provided rec and
my Constitutional rights not be violated.

cc: Grievance clerk/
File letter,



**NEW YORK STATE**

# Corrections and
# Community Supervision

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

---

**MEMORANDUM**

**TO:**    **BOYD, N**    **15B2063**    **T-53**

**FROM:**    Q. Quick, Supervisor Incarcerated Grievance Program

**SUBJECT:**    Grievance Complaint

**DATE:**    5/9/2022

**Your complaint dated:**    <u>4/28/2022</u> code# <u>44</u>    filed    <u>5/4/2022</u> as grievance #    0549-22

**titled:**    <u>IGP INTERVIEWING SGT FAILED TO CONDUCT PROPER INVESTIGATION INTO INCIDENT</u>

**is currently under investigation by the Inmate Grievance Program Staff.**

**At the completion of our invetigation you will be informed of any infromal resolution
suggetion or you will be scheduled for a hearing.**

**If the IGRC hearing does not take place within 16 calendar days from the date of filing, you
may appeal to the next level of review in accordance with Directive #4040 701.6(g)2.**

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. SS-0549-22 | | DATE FILED 5/4/22 |
|---|---|---|---|
| | FACILITY SING SING | | POLICY DESIGNATION Institutional |
| **INCARCERATED GRIEVANCE PROGRAM** | TITLE OF GRIEVANCE Incarcerated Grievance Program | | CASE CODE 44 |
| **SUPERINTENDENT RESPONSE** | SUPERINTENDENT'S SIGNATURE | | DATE |
| GRIEVANT Boyd, D | DIN 15B2063 | | HOUSING UNIT HBB T-53 |

Grievant states as a form of retaliation, he was interviewed by a sergeant although the incident involved a sergeant.

Grievance Denied.  There is no evidence to support the allegations made by grievant.  All grievances will be investigated as required.

---

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent, please sign below and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please provide a reason why you are appealing this decision to CORC.

_the investigation was improper and in retaliation _____

_____     8-1-2022

_____ GRIEVANT'S SIGNATURE _____                         DATE

_____ GRIEVANCE CLERK'S SIGNATURE _____                 DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (12/21)

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. 0549-22 | HEARING DATE 5/17/2022 |
|---|---|---|
| | GRIEVANT NAME **BOYD, N** | DIN 15B2063 |
| **INCARCERATED GRIEVANCE PROGRAM** | FACILITY **SING- SING C.F.** | HOUSING UNIT 0 B-T-53 |
| **IGRC HEARING RESPONSE** | HELD IN ABSENTIA ☑ YES ☐ NO   If yes, why: | **IN-CELL** |

AGREE          CODE:  44

<u>Response of IGRC:</u>

**Per IGRC investigation the wrong complaint was sent to Sgt. A_ in that regard Grievant is correct. There is no conspiracy to cover-up any incident. The investigation will continue but will be done by the L.T.**

*NOTE: One Committee member dissents.*

Chairperson: _____          IGRC Members: _____

_Counselor Unavailable_

_David Heron_

_Dorian Moto_

Date Returned to Grievant: _5/27/22_

<u>Appeal:</u>

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☐ ✓ I disagree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I want to apply to the IGP Supervisor for review of the IGRC dismissal.

Grievant Signature: _____          Date: _____

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

---

*To be completed by Grievance Clerk*

Grievance Clerk Signature: _____          Date Received: _____

Date Forwarded to Superintendent For Action: _____

FORM 2131 (Reverse) (12/21)

Grievance Complaint

Grievance No.

Sing Sing Correctional Facility

44

O 549-22

**RECEIVED**

Name: Nyfee Boyd Din: 15B2063
Location: B-T-53 Date: 4-28-22

MAY 0 4 2022

SING SING I.G.P.

Description of incident: On the date of 4-26-22 at approx. 4:30 Pm Sgt. ~~Ace~~ Carlos J. Acevedo interviewed me in regards to the incident on 3-29-22 regarding being assaulted by staff one of the staff members being sgt. Candelario Such assignment to sgt. Acevedo was improper and is a attempt to cover-up the assault, he never asked me if I had any witnesses or even attempted to locate any. If anything is to happen to me its a result of several complaints I've filed against Singsing staff for improper conduct.

Grievant signature:

Action Requested: I not be retaliated against and any further investigation into the incident On 3-29-22 be assigned to the proper supervisory official.

CC: Grievance Clerk / File /

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. SS-0479-22 | | DATE FILED 4/19/22 |
|---|---|---|---|
| | FACILITY SING SING | | POLICY DESIGNATION Institutional |
| INCARCERATED GRIEVANCE PROGRAM | TITLE OF GRIEVANCE ~~Staff Conduct~~ | | CASE CODE 49 |
| **SUPERINTENDENT RESPONSE** | SUPERINTENDENT'S SIGNATURE | | DATE 5/9/22 |
| GRIEVANT Boyd, N | DIN 15B2063 | | HOUSING UNIT HBB T-53 |

Grievant claims staff harassment

Grievant interviewed by a supervisor and had nothing further to add to this grievance..

Staff involved provided written report denying the allegations of harassing, retaliating or assaulting grievant.

Based on the investigation conducted, no evidence could be found to substantiate grievants allegations.  Grievance Denied.

---

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent, please sign below and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal.*  Please provide a reason why you are appealing this decision to CORC.

the allegations are true and staff falsified ~~elect~~ documents
such Investigation was flawed and none of my witnesses were
Interviewed.

| GRIEVANT'S SIGNATURE | DATE |
|---|---|

| GRIEVANCE CLERK'S SIGNATURE | DATE |
|---|---|

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (12/21)

# NEW YORK STATE

## Corrections and Community Supervision

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

---

## MEMORANDUM

**TO:**        **BOYD, N**        **15B2063**        **T-53**

**FROM:**    Q. Quick, Supervisor Incarcerated Grievance Program

**SUBJECT:**  Grievance Complaint

**DATE:**      4/22/2022


Your complaint dated:    **4/19/2022**        **code#    49**        filed as grievance # **0479-22**

titled:                **OFFICERS SEARCHED CELL IN RETALIATION FOR PRIOR GRIEVANCES**

has been referred to the Superintendent and is currently pending an investigation.


If your grievance isn't responded to within 25 calendar days from the date of filing, you may appeal to CORC in accordance with Directive # 4040 701.8(g) or 701.9(f). This is done by filing a notice of decision to appeal.

Sing Sing Correctional Facility, 354 Hunter Street, Ossining, NY 10562-5442 | (914) 941-0108 | www.doccs.ny.gov

Inmate Grievance Complaint

Grievance No.

Sing Sing Correctional Facility (49)

04-19-22

Name: NYJee Bold  Din: 15B2063
Location: B-T-53  Date: 4-6-22

Description of Incident: On the date of 4-6-22
at approx: 9:30 Am C.O. L. Lowe, C.O. F. Vasquez
Conducted a Cell Search on my Cell, while Conducting
Such Search, I asked C.O. L. Lowe, what kind of
Search was being Conducted he than Stated "do you
want me to spray You" "Cause if You want me to spray
You I will". He also Stated "Stop writing grievances
and we won't cross this Path" C.O. Vasquez and
C.O. L. Lowe destroyed several Property Items
In my Cell and took Items and didn't Placed these
Items on the Contraband Search Reciept.
Grievant  signature:

Action Requested: I not be Subjected to retaliation
In violation of my 1st Amendment right and not be
subjected to retaliation Cell Searchs.

cc: Grievance Clerk/
File /etc...

**RECEIVED**

APR 1 9 2022

SING SING I.G.P.



**NEW YORK STATE** | **Corrections and Community Supervision**

~~KATHY HOCHUL~~
Governor

~~ANTHONY J. ANNUCCI~~
Acting Commissioner

## MEMORANDUM

From:     Rachael Seguin, Director, Incarcerated Grievance Program

SUBJ:     Receipt of Appeal

Date:     7/28/2022

N BOYD  15B2063
Sing Sing Correctional Facility
Your grievance SS-0443-22 entitled
Assaulted By Security Staff/RN Did Not Report Injuries
was rec'd by CORC on 6/15/2022

**A disposition will be sent to you after the grievance is reviewed by CORC**



# NEW YORK STATE Corrections and Community Supervision

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

---

## MEMORANDUM

**TO:**  BOYD, N  15B2063  T-53

**FROM:**  Q. Quick, Supervisor Incarcerated Grievance Program

**SUBJECT:**  Grievance Complaint

**DATE:**  4/11/2022

Your complaint dated:  **4/4/2022**  **code#**  **49**  filed as grievance # **0443 -22**

titled:  **OFFICERS ASSAULTED HIM IN RETALIATION FOR PRIOR GRIEVANCE**

has been referred to the Superintendent and is currently pending an investigation.

If your grievance isn't responded to within 25 calendar days from the date of filing, you may appeal to CORC in accordance with Directive # 4040 701.8(g) or 701.9(f). This is done by filing a notice of decision to appeal.

Inmate Grievance Complaint

(49)

0413-22 1of

Grievance No.

Sing Sing Correctional Facility

_____

**RECEIVED**

Name: NyJee Boyd Din: 15B2063
Location: B-T-53   Date: 4-4-2022

APR 0 7 2022

SING SING I.G.P.

Description of incident: On the date of 3-29-22 at
aPProx: 5:30pm Location of HBB Mess Hall Bridge,
while leaving the messhall for the above date, Location
and time C.O. Tulloch directed C.O. Guthrie to Place
me on the wall for a Pat-frisk. C.O. Guthrie then
directed me to submit to a Pat-frisk. I complied.
While on the wall C.O. Guthrie began to yell stating
"What the fuck. You got to say now!" "You thought
that Grievance shit was going to work" He than struck
me with a closed fist, which also Sgt. Jose Candelario
~~also and~~ C.O. Asantewa K. Tulloch and C.O. John doe
engaged in the assault by striking me repeatedly
with closed fist punchs and Kicks. While being
assaulted C.O. Tulloch yelled "Talk that shit now
Bitch Nigga!" "write a Grievance now" ~~After~~ while
Cuffed on the floor these ~~Individuals~~ Individuals Continued
to assault me. by Kicking me repeatedly and Punching
me. After the assault, I was escorted to medical
by Sgt. Candelario, which he directed medical Personnel
not to report my Injurys. which the Nurse evaluating
me didn't report the swelling to my eye and face.
This assault was in Violation of my 8th Amendment
and 1st under the Constitution of the united States.

Inmate Grievance Complaint

Grievance No.

Sing Sing Correctional Facility

Name: Nyjee Boyd   Din: 15B2063
Location: B-T-53   Date: 3-20-22

Description of Incident. On the date of 3-20-22 at
approx. 7:30Pm. I Placed my I.D. Inside the B-Block
Yard Phone Box and the I.D's fell over. C.O. Tulloch
stated to me " "now your not getting on the Phone for
the rest of the Night" I then stated "~~that~~ I am getting
on the Phone, I didn't mean to Knock the I.D's over
She than Stated" I bet you dont get on the Phone tonite,
Cause you keePrunning your mouth I'll go get my boyfriend"
I stated "~~I~~ Your boyfriend, I hear already got beat up"
C.O. Tulloch than Called Sgt. Candelario to the Yard
which he terminated my rec and directed me to my
Cell, which I complied. the actions of C.O. tulloch
was improper and in Violation of N.Y.S. Docrs employees
Manual 8.1 Personal conduct and 8.2 Lawful comport-
ment.
Grievant signature: _____

Action Requested: C.O. Tulloch be disciplined in accordance
to Docrs Policies and Procedures, for unProfessional conduct
And I not be subjected to denial of rec for imProper
reasons.

CC: Grievance Clerk )
File letc...



 **NEW YORK STATE** | **Corrections and Community Supervision**

~~KATHY HOCHUL~~
Governor

~~ANTHONY J. ANNUCCI~~
Acting Commissioner

### MEMORANDUM

From:     Rachael Seguin, Director, Incarcerated Grievance Program

SUBJ:     Receipt of Appeal

Date:     8/19/2022

N BOYD  15B2063
Sing Sing Correctional Facility
Your grievance SS-0664-22 entitled
Property Destroyed/Cell Searched By Officers In
Retaliation For Prior Grievances
was rec'd by CORC on 7/12/2022

**A disposition will be sent to you after the grievance is reviewed by CORC**

FORM #2077 (REV. 6/21)

## NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

### CELL FRISK/CONTRABAND RECEIPT

| Original – Incarcerated Individual |
| Copy     – DSS |

Sing Sing _____ **CORRECTIONAL FACILITY**

Date: 4/6/22          Frisk Start Time: 9:45AM   Frisk End Time: 9:56AM

Incarcerated Individual Name: BOYD, N          DIN: 15B 2063

CELL/CUBE/ROOM: HBB-7-53

Officer Conducting Search: Vosquez, Felix  61245  Vasquez Felix

**Print Name Legibly**     **Badge #**     **Signature**

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| (1) Pair Red/Gray Panda | in cell | Bldg Basement |
| | | |
| | | |
| | | |

_____ NO CONTRABAND FOUND     X NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INCARCERATED INDIVIDUAL:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: B          SINK/TOILET: B

AIR VENT: N/A     WINDOW CHECKED/INTACT: N/A

CEILING: B          WALLS: B

BARS: B          MISC: _____

IN ADDITION: THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): ✓
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) ✓
INCARCERATED INDIVIDUAL ID MATCHES CURRENT APPEARANCE (Checked ID to incarcerated individual's current appearance, if the incarcerated individual was present for the search.) ✓

Comments: _____

_____

_____

From: Nyjee Boyd Din 15B2063        Date. 4-20-22
Sing Sing Corr. Fac.
354 Hunter st
Ossining, NY 10562-5498


To: Grievance Supervisor
Sing Sing Corr. Fac.


        I am writing because, I filed
a Grievance dated 3-20-22 - regarding
C.O. Tulloch, also filed Grievance dated
4-6-22 - regarding denial of Rec, and
filed a Grievance dated 4-6-22 - regarding
Cell Search by C.O. L. Lowe and CO Vasquez,
I also filed a Grievance dated 4-9-22
regarding Claim No. 1300077-21 and 130-
0002-22, none of the above mentioned
grievances, I submitted ~~nodura~~ did I
recieve a Grievance No I request
those Grievances be appealed to the
Superintendent and Corc.


                        CC: Grievance Super
                        File /etc...

7021 0950 0001 8578 9903

y Jee Boyd Din. 15B2063
oxsackie Correctional Facility
O. Box 999
oxsackie, New York, 12051-0999

COXSACKIE

CORRECTIONAL FACILITY

NEOPOST
10/03/2022
US POSTAGE $017.15⁰

ZIP 12051
041L11254788

U.S. District Court Clerk
Southern District of New York
U.S. Courthouse
500 pearl st
New York, NY 10007-1312

RECEIVED
OCT -6 2022
PRO SE OFFICE