From: Nyjee Boyd Din: 15B2063   Date: 2-12-23
Great Meadow Corr. Fac.
P.O. Box 51
Comstock, NY 12821-0051

Civil No. 22:CV-8549

To: Clerk
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl St
New York, NY 10007

I am writing to inform the Courts for the above Civil No. 22-CV-8549, I've been transferred to Great Meadow Corr. Fac., P.O. Box 51, Comstock, NY 12821-0051. I thank you for your time and Patiences and any Considerations in this matter.

cc: Clerk, United States District Court / file / etc...

GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051
NAME: Nigel Boyd   DIN: 15B2663
LEGAL MAIL

RECEIVED
FEB 17 2023
CLERK'S OFFICE

ALBANY NY 120
14 FEB 2023 PM 4 L

NEOPOST 02/13/2023
US POSTAGE $00
ZIP 12821
041M11283103

Pro Se

Clerk
United States District Court
Southern District of New York
U.S. Courthouse 500 Pearl Street
New York, NY 10007