UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Nyjee Boyd,

                             Plaintiff,

      -against-

Correction officer Charles Guthrie, et al.,

                            Defendants.

----------------------------------------------------------------X

7:22-CV-8549 (VR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's Letter Motion, dated October 3, 2023, requesting a 90-day extension of discovery. (ECF No. 40). On October 19, 2023, the Court held a telephonic Status Conference with the parties. During the Status Conference, Plaintiff requested a 60-day extension of discovery. Following the Status Conference, the Court issued the following text order:

> During today's telephonic Status Conference, Plaintiff requested a 60-day extension of the deadlines in the Civil Case Discovery Plan and Scheduling Order. The Court granted Plaintiff's request. Following today's Status Conference, the Court observed that a 60-day extension of the deadlines listed in the original Civil Case Discovery Plan and Scheduling Order would be an insufficient extension for Plaintiff to conduct the discovery he seeks. Namely, a 60-day extension of the deadline to request interrogatories would have resulted in an August 15, 2023, deadline. Accordingly, the Court will separately enter a revised Civil Case Discovery Plan and Scheduling Order. If either party objects to the dates set forth in the revised Civil Case Discovery Plan and Scheduling Order, then the party should write to the Court, explaining their objection.

(ECF No. 38). The Court separately entered the revised Civil Case Discovery Plan and Scheduling Order. (ECF No. 39).

Plaintiff's instant request for an extension is **DENIED** as moot because the Court already

granted Plaintiff the extension he seeks during the October 19, 2023, Status Conference. The Court does not view Plaintiff's Letter Motion as an objection to the discovery deadlines set forth by the Court in the revised Civil Case Discovery Plan and Scheduling Order because the Letter Motion predates the Court's entry of the revised Civil Case Discovery Plan and Scheduling Order.

The Clerk of Court is directed to terminate the Letter Motion at ECF No. 40.

Defendants' counsel is directed to provide Plaintiff with a copy of this Order.

**SO ORDERED.**

DATED:   White Plains, New York
         October 31, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/23

From: Nyjee Boyd Din: 15B2063   Date: Oct 3, 2023
Great Meadow Corr. Fac.
P.O. Box 51
Comstock, NY 12821-0051

Civil No. 22-cv-8549

To: Victoria Reznik
United States Magistrate Judge
Southern District of New York
U.S. Courthouse - 500 Pearl St
New York, NY 10007

RECEIVED OCT 3 1 2023 VICTORIA REZNIK U.S. MAGISTRATE JUDGE S.D.N.Y.

 I am writing to request a time extension for all discovery deadlines, I request all discovery deadlines be extended to the date upon reciept of this request and, I request a 90 day time extension from that date for all discovery deadlines, I request such extension, because plaintiff didn't become aware of any deadlines imposed by the court until October 2, 2023, which the plaintiff, will be unable to comply with most deadlines, because alot of them have already passed, this was the first notice the plaintiff recieved of these deadlines on Oct 3, 2023, therefore the plaintiff request such deadlines be extended.

cc: Victoria Reznik / File / etc.

GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051

NAME: Nyjee Boyd  DIN: 15B2063

**LEGAL MAIL**

RECEIVED
OCT 31 2023
U.S.D.C.
W.P.

RECEIVED
OCT 04 2023
Great Meadow Facility

VICTORIA REZNIK
U.S. MAGISTRATE JUDGE
S.D.N.Y.

NEOPOST
10/04/2023
US POSTAGE $000.63
ZIP 12821
041M11283109

Victoria Reznik
United States Magistrate Judge
Southern District of New York
U.S. Courthouse - 500 Pearl
New York, NY 10007