UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Boyd,

                              Plaintiffs,

              -against-

Guthrie, et al.,

                          Defendant.
-------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:22-cv-08549-NSR-VR

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** _ 11/29/2023 _

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **December 6, 2023 at 11 am**. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.:

**Re: Incarcerated Prisoners**

      *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for **respondent/defendant** to make prior arrangements with the appropriate facility to have the **petitioner/plaintiff** available via telephone.*
      **SO ORDERED.**

DATED:     White Plains, New York
             November 29, 2023

                                    _____
                                   VICTORIA REZNIK
                                   United States Magistrate Judge

Copies mailed to Pro Se Plaintiff
By Chambers of Victoria Reznik, USMJ
On November 29, 2023.