

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  01/11/2024
```

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

December 14, 2023

**Via ECF**
Hon. Nelson Stephen Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

  Re: **Boyd v. Guthrie, et al., 22 Cv. 8549 (NSR)(VR)**

Dear Judge Román:

  This Office represents all Defendants, Correction Officer Charles Guthrie, Correction Officer Asantewa K. Tulloch, Correction Sergeant Jose Candelario, Nurse Elizabeth Pennisi,[1] Senior Offender Rehabilitation Coordinator Marcia N. Regisford, Superintendent Michael Capra, Deputy Superintendent Elaine Velez, Correction Officer Vito G. Marsico, Correction Officer Rondy D. London, Correction Sergeant Gabriel A. Martinez,[2] Correction Sergeant Julio C. Gonzalez,[3] Correction Officer Leon K. Lowe, Correction Officer Santiago Vasquez Felix,[4] Correction Officer Gonzalez and Correction Officer Alexander.

  I write to respectfully request that the Case Management Conference, currently scheduled for January 19, 2024, be adjourned, pursuant to the direction contained within the December 6, 2023 Order from Magistrate Judge Victoria Reznik (See Docket No. 49). This request is being made to accommodate the parties' respective extension requests following Judge Reznik's granting of Plaintiff's request to amend his complaint, to serve discovery demands and Defendants' request to amend the deadlines in the Civil Case Discovery Plan and Scheduling Order.

  We thank the Court for its time and attention to this matter.

---

[1] Sued herein as "Elizabeth Pemisi."
[2] Sued herein as "Sergeant Martinez."
[3] Sued herein as "Sergeant Gonzalez."
[4] Sued herein as "Felix Santiago Vasquez."

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● www.ag.ny.gov

Hon. Nelson Stephen Román  Page 2 of 2
December 14, 2023

                                                Respectfully submitted,

                                                */s/ Gee Won Cha*
                                                Gee Won Cha
                                                Assistant Attorney General

Cc:    Nyjee Boyd (via mail)

**In light of the extension of the discovery deadlines, the Status Teleconf. before Judge Román is adjourned from Jan. 19, 2024 until Sep. 25, 2024 at 11:00 am. Counsel is directed to this Court's Order at ECF No. 35 for dial-in instructions. It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have the** *pro se* **Plaintiff participate via telephone. Clerk of Court is directed to mail a copy of this Endorsement to** *pro se* **Plaintiff at the address on ECF and show service on the docket.**
**Dated: White Plains, NY**
        **January 11, 2024**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE