```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Boyd,
                                    Plaintiffs,

            -against-

Guthrie, et al.,
                                    Defendant.
----------------------------------------------------------------X
```

**ORDER RE STATUS CONFERENCE**

7:22-cv-08549-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **March 12, 2024   at 12  PM** The parties are to dial in to the Teams  conference line +1 914-292-4033, enter conference id 495657634, then # to enter the conference.

**Re: Incarcerated Prisoners**

      *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*  PLEASE ADVISE IF A FURTHER ORDER IS NEEDED FROM CHAMBERS TO HAVE THE PLAINTIFF PRODUCED FOR THE CONFERENCE.
      SO ORDERED.

DATED:     White Plains, New York
           February 16, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge