UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

Boyd,

                                    Plaintiffs,                                    **ORDER RE STATUS CONFERENCE**

                    -against-                                                          7:22-cv-08549-NSR-VR

Guthrie, et al.,

                                    Defendant.

--------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

       A Status Conference (via telephone) is hereby scheduled for **August 27, 2024  at  10:30**

**AM.**  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739  and then # to enter the conference.

       **SO ORDERED.**

DATED:     White Plains, New York
            July 16, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge