MEMO ENDORSED



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

WRITER'S DIRECT DIAL: (212) 416-8373

September 19, 2024

**Via ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: <u>Boyd v. Guthrie et al</u>, 22 Civ. 8549 (NSR)(VR)

Dear Judge Román:

This office represents the Defendants in the above referenced case, employee of the New York State Department of Corrections and Community Supervision ("DOCCS"), in this action by Plaintiff, a pro se incarcerated individual alleging various constitutional violations. At a discovery conference on August 27, 2024, Magistrate Reznik granted pro se Plaintiff's request to extend the discovery deadline to September 30, 2024.

The next discovery status conference with Magistrate Reznik is set for October 1, 2024. *See ECF Docket # 90*. Additionally, Magistrate Reznik directed the parties to write Your honor to adjourn the September 25, 2024 Case Management Conference. *See Id*.

Accordingly, the parties write to respectfully request an adjournment of the Case Management Conference pursuant to Judge Reznik's direction. We also respectfully request that the September 25, 2024 Case Management Conference be rescheduled for a future date after the parties give the Court a status update via letter following the conclusion of the discovery status conference before Magistrate Reznik on October 1, 2024.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2024

I thank the Court for its attention to this matter.

                                                                             Respectfully submitted,

                                                                              */s/ John E. Jerman*  
                                                                              John E. Jerman  
                                                                              Assistant Attorney General  
                                                                              28 Liberty Street, 18th Floor  
                                                                              (212) 416-8476  
                                                                              John.Jerman@ag.ny.gov

cc:    Nyjee Boyd  
        15-B-2063  
        9000 Old River Road  
        P.O. Box 3600  
        Marcy, NY 13403-5000

        *Pro se*

**In light of the extension of the discovery deadlines, the parties' request to adjourn the Sept. 25, 2024 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned from Sept. 25, 2024 until Oct. 31, 2024 at 10:00 am. The parties are directed to this Court's Order at ECF No. 35 for dial-in instructions. It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have the *pro se* Plaintiff participate via telephone. Defendants are directed to mail a copy of this Endorsement to *pro se* Plaintiff and to file proof of service. Clerk of Court is requested to terminate the motion at ECF No. 91.**
**Dated: September 24, 2024**
        **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN  
UNITED STATES DISTRICT JUDGE