

**MEMO ENDORSED**

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

October 24, 2024

**Via ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    <u>Boyd v. Guthrie et al</u>, 22 Civ. 8549 (NSR)(VR)

Dear Judge Román:

    This office represents the Defendants in the above referenced case, employees of the New York State Department of Corrections and Community Supervision ("DOCCS"), in this action by a pro se incarcerated individual alleging various U.S. Constitutional violations by said employees. At the last discovery status conference with Magistrate Reznik, on October 1, 2024, after discussing the progress of ongoing discovery, Magistrate Reznik adjourned the discovery deadline to November 29, 2024. Also, the next status conference with Magistrate Reznik has been adjourned without a date. *See ECF Docket # 95.*

    Accordingly, I write to respectfully request an adjournment, on the direction of Magistrate Reznik (*see ECF Docket # 95*) of the status conference before your Honor, currently scheduled for October 31, 2024.

    I thank the Court for its attention to this matter.

**In light of the extension of the discovery deadlines, Defts' request to adjourn the Oct. 31, 2024 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned to Jan. 23, 2025 at 11:00 am. The parties are directed to this Court's Order at ECF No. 35 for dial-in instructions. It is the responsibility of counsel for Defts. to make prior arrangements with the appropriate facility to have the *pro se* Pltf. participate via telephone. Defts. are directed to mail a copy of this Endorsement to *pro se* Pltf. and to file proof of service. Clerk of Court is requested to terminate the motion at ECF No. 102.
Dated: White Plains, NY
       October 29, 2024**

Respectfully submitted,

*/s/ John E. Jerman*
John E. Jerman
Assistant Attorney General
28 Liberty Street, 18th Floor
(212) 416-8476
John.Jerman@ag.ny.gov

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Page 2 of 2

October 24, 2024


cc:     Nyjee Boyd
        15-B-2063
        Sing Sing Correctional Facility
        354 Hunter Street
        Ossining, NY 10562-5441
        *Pro se*