UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Boyd,

                                           Plaintiffs,

         -against-

Guthrie, et al.,

                                          Defendant.
----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:22-cv-8549 NSR VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **November 25, 2024   at  2 pm**  The parties are to dial in to the **ATT conference line at 877-336-1839, enter access code 5999739**, then # to enter the conference.

**Re: Incarcerated Prisoners**

      *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

      SO ORDERED.

DATED:    White Plains, New York
                  November 20, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2024