


**MEMO ENDORSED**

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

March 4, 2025

<u>Via ECF</u>
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    <u>Boyd v. Guthrie et al</u>, 22 Civ. 8549 (NSR)(VR)

Dear Judge Román:

    This office represents the Defendants in the above referenced case, employees of the New York State Department of Corrections and Community Supervision ("DOCCS"), in this action by a pro se incarcerated individual alleging various U.S. Constitutional violations by said employees. As a result of Defendants' letter motion to extend the time to submit a joint status letter in the case (*See ECF Docket # 124*), Magistrate Reznik graciously adjourned the deadline to submit a joint status letter to March 14, 2025. Also, the next status conference with Magistrate Reznik was adjourned to April 2, 2025. *See ECF Docket # 125*.

    Accordingly, I write to respectfully request an adjournment of the status conference before your Honor, currently scheduled for March 26, 2025, to a date after the April 2, 2025 conference mentioned above.

    I thank the Court for its attention to this matter.

        Respectfully submitted,

        */s/ John E. Jerman*
        John E. Jerman
        Assistant Attorney General
        28 Liberty Street, 18th Floor
        (212) 416-8476
        John.Jerman@ag.ny.gov

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Page 2 of 2

March 4, 2025

cc: Nyjee Boyd
15-B-2063
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562-5441
*Pro se*

**In light of a teleconference with Magistrate Judge Reznik, Defts. request to adjourn the March 26, 2025 Status Teleconference before Judge Roman is GRANTED. The Status Teleconference is adjourned until April 22, 2025 at 10:00 am. To access the Webex Teleconference: (1) Dial the Meeting Number (855) 244-8681; (2) Enter the Access Code: 2310 494 3855; and (3) Press pound (#) to enter the teleconference. It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have the** *pro se* **Plaintiff participate via telephone. Defendants are further directed to mail a copy of this endorsement to** *pro se* **Plaintiff at the address on ECF and to file proof of service on the docket. Clerk of Court is requested to terminate the motion at ECF No. 126.**
**Dated: White Plains, NY**
           **March 7, 2025**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE