UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Nyjee Boyd,

                                  Plaintiff,                           22-cv-08549-NSR-VR

        -against-                                                   **ORDER**

Charles Guthrie, et al.,

                                 Defendants.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A status conference is currently scheduled in this matter for April 2, 2025. The parties should be prepared to discuss the status of the following items at the conference:

1. Defendants' 4 remaining responses to Plaintiff's discovery requests,
2. Production of documents related to complaint no. 294425,
3. Production of recordings of witness interviews taken by OSI after the alleged March 29, 2022, incident, and
4. Defendants' failure to send their disciplinary records for in camera review.

      The Court is concerned with the amount of remaining discovery and the parties' ability to complete it before their Case Management Conference with Judge Román on April 22, 2025. (ECF No. 128).

      **SO ORDERED.**

DATED:     White Plains, New York
                3/25/2025

                                                              _____
                                                              VICTORIA REZNIK
                                                              United States Magistrate Judge

1