**KLEIN CIVIL RIGHTS**

**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132  F: (212) 335-0571

**MEMO ENDORSED**

April 16, 2025

**BY ECF**

The Honorable Nelson Stephen Roman
United States District Judge
300 Quarropas Street
White Plains, New York 10601

    Re:    *Nyjee Boyd v. Charles Guthrie, et al.*, 22 CV 8549 (NSR)(VR)

Dear Judge Roman:

    I represent the plaintiff in the above-reference civil rights action. As the Court may know, plaintiff litigated this case while incarcerated and appearing *pro se* until we appeared earlier this month. Having recently addressed outstanding paper and deposition discovery issues with and under the close supervision of Magistrate Judge Reznik, as well as the parallel claim pending against the State of New York in the Court of Claims,[1] I now write jointly with defense counsel, AAG Jerman, to request that the case management conference scheduled for April 22, 2025 be adjourned *sine die* pending the completion of discovery.

    Thank you for your consideration.

Respectfully,

Brett Klein

Brett H. Klein

cc:    John Jerman (by ECF)

---

[1] See minute entry dated April 2, 2025.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2025

**The parties' request to adjourn *sine die* the April 22, 2025 Status Teleconf. pending the completion of discovery is GRANTED. Counsel are directed to file pre-motion letters seeking leave to file a dispositive motion within ten (10) days of the completion of discovery. Responses thereto shall be filed three (3) days thereafter. Courtesy copies shall be emailed to chambers. Alternatively, if counsel jointly decide to not seek leave to file dispositive motions, counsel shall notify the Court in writing and request the Court schedule a Pretrial Teleconf. Clerk of Court is requested to terminate the motion at ECF No. 136.**
**Dated: White Plains, NY**
    **April 17, 2025**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE