# KLEIN
## CIVIL RIGHTS

233 Broadway, Suite 1720
New York, New York 10279
T: (212) 335-0132 F: (212) 335-0571

January 9, 2026

**BY ECF**

**MEMO ENDORSED**

The Honorable Victoria Reznik
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

    Re:    *Nyjee Boyd v. Charles Guthrie, et al.*, 22 CV 8549 (NSR)(VR)

Dear Magistrate Judge Reznik:

    I represent the plaintiff in the above-reference civil rights action.  A joint status report is due today per the Court's Order dated November 24, 2025.

    The parties respectfully request an enlargement of time to submit the joint status report from today to January 16, 2026, so that counsel in this action can confirm deposition dates with the Assistant Attorney General handling the related claim against the State of New York pending in the NYS Court of Claims.

    Thank you for your consideration.

                     Respectfully,

                     *Brett Klein*

                     Brett H. Klein

cc:    John Jerman, Esq. (by ECF)

The parties' request is **GRANTED**. The deadline to submit a joint letter updating the Court on the status of discovery is extended to **1/16/2026**.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 1/12/2026